IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| HELEN A. RUNGE,<br>    Plaintiff | :<br>:<br>: |
| v. | : CA No. 05-10849-RGS |
| | : |
| WALTER J. KELLY; KERRY L.<br>BLOOMINGDALE, M.D.; and<br>SUNBRIDGE NURSING AND<br>REHABILITATION CENTER,<br>    Defendants | :<br>:<br>:<br>:<br>: |

NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter my appearance as attorney for the Plaintiff, Helen Runge, in the above-entitled action.

_____
Blake J. Godbout, BBO #196380
**BLAKE J. GODBOUT & ASSOCIATES**
33 Broad Street - 11th Floor
Boston, MA  02109
(617) 523-6677

Dated: May 3, 2005

98000

1