IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

HELEN A. RUNGE,
    Plaintiff

v.       CA No. 05-10849-RGS

WALTER J. KELLY; KERRY L. BLOOMINGDALE, M.D.; and SUNBRIDGE NURSING AND REHABILITATION CENTER,
    Defendants

## MOTION FOR ADMISSION PRO HAC VICE

Now comes Blake J. Godbout, a member in good standing of the bar of this Court, and moves the admission in the above-entitled cause of action of Glenn R. Davis, Esq., of Latsha Davis Yohe & McKenna, P.C., of Mechanicsburg, Pennsylvania 17055. Attorney Davis certifies (see Certificate attached to this motion) that (1) he is a member of the bar in good standing in all jurisdictions where he has been admitted to practice; (2) there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; and (3) he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I have filed an appearance in the above-entitled action.

Dated: May __3__, 2005

Respectfully submitted,

Blake J. Godbout, Esq. (BBO#196380)
**BLAKE J. GODBOUT & ASSOCIATES**
33 Broad Street, 11th Floor
Boston, MA 02109
(617) 523-6677

98000

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

HELEN A. RUNGE,
    Plaintiff

v.

WALTER J. KELLY; KERRY L.
BLOOMINGDALE, M.D.; and
SUNBRIDGE NURSING AND
REHABILITATION CENTER,
    Defendants

No. 1:05-cv-10849-RGS
(Judge Stearns)

CIVIL ACTION

JURY TRIAL DEMANDED

**CERTIFICATION FOR ADMISSION PRO HAC VICE PURSUANT TO LOCAL RULE 83.5.3 OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, I, Glenn R. Davis, of the law firm of Latsha Davis Yohe & McKenna, P.C., hereby certify that:

1. I graduated in 1974 from the University of Pittsburgh with a Bachelor of Arts; Shippensburg University in 1975 with a Masters in Business Administration; and Gonzaga University in 1979 with a Juris Doctorate.

2. I was admitted in 1979 to the Bar of the Supreme Court of Pennsylvania; in 1997 to the Supreme Court of the United States; in 1979 and 1990 to the United States District Courts for the Middle and Eastern Districts of Pennsylvania; in 1990 to the United States Court of Appeals for the Third District; in 2001 to the United States Court of Federal Claims; and in 2004 to the Supreme Court of Ohio.

98252

1

3. I am and have always been a member in good standing of the Bars and Courts identified above.

4. I have never been subject to any disciplinary sanctions by any court or Bar Association.

5. My admission to practice before this Court in the above-captioned action is necessary because I am Plaintiff's counsel.

6. I have read and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

LATSHA DAVIS YOHE & MCKENNA, P.C.

Dated: May 2, 2005          By: _____
Glenn R. Davis, Esq.
P. O. Box 825
Harrisburg, PA  17108-0825
(717) 761-1880

98252



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| HELEN A. RUNGE,<br>　　　　Plaintiff | :<br>:<br>: |
| v. | : No. 1:05-cv-10849-RGS<br>: (Judge Stearns)<br>: |
| WALTER J. KELLY; KERRY L.<br>BLOOMINGDALE, M.D.; and<br>SUNBRIDGE NURSING AND<br>REHABILITATION CENTER,<br>　　　　Defendants | :<br>:<br>: CIVIL ACTION<br>:<br>: JURY TRIAL DEMANDED |

### CERTIFICATION FOR ADMISSION PRO HAC VICE PURSUANT TO LOCAL RULE 83.5.3 OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, I, Glenn R. Davis, of the law firm of Latsha Davis Yohe & McKenna, P.C., hereby certify that:

　　1.　　I graduated in 1974 from the University of Pittsburgh with a Bachelor of Arts; Shippensburg University in 1975 with a Masters in Business Administration; and Gonzaga University in 1979 with a Juris Doctorate.

　　2.　　I was admitted in 1979 to the Bar of the Supreme Court of Pennsylvania; in 1997 to the Supreme Court of the United States; in 1979 and 1990 to the United States District Courts for the Middle and Eastern Districts of Pennsylvania; in 1990 to the United States Court of Appeals for the Third District; in 2001 to the United States Court of Federal Claims; and in 2004 to the Supreme Court of Ohio.

98252

1

3.   I am and have always been a member in good standing of the Bars and Courts identified above.

4.   I have never been subject to any disciplinary sanctions by any court or Bar Association.

5.   My admission to practice before this Court in the above-captioned action is necessary because I am Plaintiff's counsel.

6.   I have read and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

                          LATSHA DAVIS YOHE & MCKENNA, P.C.

Dated: May 2, 2005    By:  _____
                                   Glenn R. Davis, Esq.
                                   P. O. Box 825
                                   Harrisburg, PA 17108-0825
                                   (717) 761-1880

98252