UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL DOCKET NO: 05-CV-10849 (RGS)

*********************************************
HELEN RUNGE                                    *
                                               *
        PLAINTIFF                              *
vs.                                            *
                                               *
WALTER J. KELLY,                               *
KERRY L. BLOOMINGDALE, M.D.,                   *
AND SUNBRIDG NURSING AND                       *
REHABILITATION CENTER                          *
                                               *
        DEFENDANTS                             *
*********************************************

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance as attorney for Defendant, Kerry L. Bloomingdale, M.D., in the above-entitled action.

Defendant, Kerry L. Bloomingdale, M.D.
By her attorney,

James S. Hamrock, Jr.
BBO # 219400
Hamrock, & Tocci
101 Main Street, 18th Floor
Cambridge, MA 02142
(617) 496-5370