UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

No. 05-10849RGS

HELEN RUNGE,
                Plaintiff

v.

WALTER J. KELLY,
KERRY L. BLOOMINGDALE, M.D., and
SUNBRIDGE NURSING AND
REHABILITATION CENTER,
                Defendants

## NOTICE OF APPEARANCE

Michele Carlucci, of the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, hereby gives notice of appearance for the Defendant, Walter J. Kelley.

*s/ Michele Carlucci*
Michele Carlucci, BBO #655211
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
155 Federal Street
Boston, MA 02110
(617) 422-5400

Dated: June 1, 2005

39111.1