UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

No. 05-10849RGS

| HELEN RUNGE,                                    Plaintiff<br><br>v.<br><br>WALTER J. KELLY,<br>KERRY L. BLOOMINGDALE, M.D., and<br>SUNBRIDGE NURSING AND<br>REHABILITATION CENTER,<br>                                    Defendants |
|---|

## NOTICE OF APPEARANCE

George C. Rockas, of the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, hereby gives notice of appearance for the Defendant, Walter J. Kelley.

*s/ George C. Rockas*
George C. Rockas, BBO #544009
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
155 Federal Street
Boston, MA 02110
(617) 422-5400

Dated: June 1, 2005

39111.1