**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

EASTERN DIVISION

No. 05-10849RGS

| |
|---|
| HELEN RUNGE,<br>      Plaintiff<br><br>   v.<br><br>WALTER J. KELLY,<br>KERRY L. BLOOMINGDALE, M.D., and<br>SUNBRIDGE NURSING AND<br>REHABILITATION CENTER,<br>      Defendants |

**DEFENDANT WALTER J. KELLY'S ASSENTED-TO MOTION FOR**
**EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

NOW COMES the Defendant, Walter J. Kelly, ("Kelly") and requests this Honorable Court to grant Defendant Kelly, an extension of two weeks to file a response to the Complaint of the Plaintiff, Helen Runge.  Therefore, Defendant Kelly requests this Court to allow him to file his response by July 19, 2005.  As grounds therefore, the Defendant Kelly states as follows:

1. Plaintiff requested a Waiver of Service on May 3, 2005 and Defendant Kelly filed the executed Waiver of Service on June 3, 2005.

2. Defendant Kelly's response to the Plaintiff's Complaint is now due upon July 5, 2005.

3. Defendant Kelly requires additional time to respond to the Plaintiff's Complaint, and the Plaintiff, through counsel, has provided her assent.

4. Additionally, all parties who have filed an appearance in this action have assented to this motion.

40197.1

4.    No parties will be prejudiced by allowance of this motion.

WHEREFORE, the Defendant, Walter J. Kelly, requests that this Honorable Court grant his motion for extension until July 19, 2005 to file his response to Plaintiff's Complaint.

Dated:  June 28, 2005

Respectfully submitted,

The Defendant, Walter J. Kelly,

By his attorneys,


_____*s/ Michele Carlucci*_____
George C. Rockas, BBO #544009
Michele Carlucci, BBO #655211
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER  LLP
155 Federal Street
Boston, MA 02110
(617) 422-5400


## LOCAL RULE 7.1 CERTIFICATION

I, Michele Carlucci, counsel for the Defendant, Walter J. Kelly, certify that I have spoken with counsel for the Plaintiff and with counsel for Defendant Kerry L. Bloomingdale, M.D., regarding Defendant Kelly's Motion for Extension to File a Response to Plaintiff's Complaint.  All parties have assented to this motion.

Dated: June 28, 2005

*s/ Michele Carlucci*
Michele Carlucci

40197.1