UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HELEN RUNGE

    *Plaintiff,*

*v.*

WALTER J. KELLEY; KERRY L.
BLOOMINGDALE, M.D.; and
SUNBRIDGE NURSING AND
REHABILITATION CENTER.

    *Defendants.*

Civil Action No. 05-10849-RGS

## NOTICE of APPEARANCE

Please enter my appearance as attorney for Defendants Mediplex of

Massachusetts, Inc. d/b/a SunBridge Care and Rehabilitation for Randolph in the above-

entitled action.[1]

Respectfully submitted,

**Mediplex of Massachusetts, Inc. d/b/a
SunBridge Care and Rehabilitation for
Randolph**

by its attorneys,

    /s/ Michael Williams
Michael Williams (BBO# 634062)
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210-1736
Telephone: (617) 439-4990
Facsimile: (617) 439-3987

---

[1] The Complaint miss-identifies Mediplex of Massachusetts, Inc. d/b/a SunBridge Care and Rehabilitation
for Randolph as "Sunbridge Nursing and Rehabilitation Center."