UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HELEN RUNGE<br><br>*Plaintiff,*<br><br>v.<br><br>WALTER J. KELLEY; KERRY L. BLOOMINGDALE, M.D.; and SUNBRIDGE NURSING AND REHABILITATION CENTER.<br><br>*Defendants.* | Civil Action No. 05-10849-RGS |

**MOTION of DEFENDANT SUNBRIDGE to TRANSFER COUNT III
to the MASSACHUSETTS SUPERIOR COURT for the LIMITED PURPOSE
of CONVENING a MEDICAL MALPRACTICE TRIBUNAL**

On June 30, 2005, Defendant Mediplex of Massachusetts, Inc. d/b/a SunBridge Care and Rehabilitation for Randolph timely filed its answer in this matter.[1] In its *Answer*, Defendant SunBridge requested a medical malpractice tribunal. *Asnswer*, page 4. On June 28, 2005, this Court granted Defendant Bloomingdale's motion to transfer certain claims against him to the Massachusetts Superior Court for the limited purpose of convening a medical malpractice tribunal pursuant to Mass.G.L. c. 231, §60B. As this Court noted in its order, Count III of the *Complaint* alleges that the defendants breached the standard of care (malpractice). Defendant SunBridge is a skilled nursing facility. Allegations that that a skilled nursing facility breached the standard of care are also subject to medical malpractice tribunals under Mass.G.L. c. 231, §60B.

**Wherefore**, Defendant SunBridge moves this Honorable Court for an order that the claims in Count III of the *Complaint* against it are to be included in the transfer of the case to the

---

[1] The Complaint miss-identifies Mediplex of Massachusetts, Inc. d/b/a SunBridge Care and Rehabilitation for Randolph as "Sunbridge Nursing and Rehabilitation Center."

Massachusetts Superior Court for purposes of a medical malpractice tribunal ordered by this Court on June 28, 2005.

        Respectfully submitted,

        **Mediplex of Massachusetts, Inc. d/b/a SunBridge Care and Rehabilitation for Randolph**

        by its attorneys,

          /s/ Michael Williams
        K. Scott Griggs (BBO# 555988)
        Robert J. Roughsedge  BBO# 638180)
        Michael Williams (BBO# 634062)
        Lawson & Weitzen, LLP
        88 Black Falcon Avenue, Suite 345
        Boston, MA 02210-1736
        Telephone: (617) 439-4990

Dated: July 7, 2005        Facsimile: (617) 439-3987

**LOCAL RULE 7.1 CERTIFICATION**

I, Michael Williams, hereby certify that, pursuant to LOCAL RULE 7.1(A)(2), I conferred with counsel for the plaintiff, Helen Runge, on July 7, 2005 in a good-faith effort to resolve this motion.

Dated: July 7, 2005     /s/ Michael Williams