UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HELEN RUNGE

    *Plaintiff,*

v.

WALTER J. KELLEY; KERRY L. BLOOMINGDALE, M.D.; and SUNBRIDGE NURSING AND REHABILITATION CENTER.

    *Defendants.*

Civil Action No. 05-10849-RGS

## RULE 7.1 DISCLOSURE STATEMENT

Defendant Mediplex of Massachusetts, Inc. d/b/a SunBridge Care and Rehabilitation for Randolph in the above-entitled action[1] is a private corporation, and a wholly owned subsidiary of The Mediplex Group, Inc. The Mediplex Group, Inc. is a private corporation, and a wholly-owned subsidiary of Sun Healthcare Group, Inc. Sun Healthcare Group, Inc., is a publicly held corporation.

Dated: July 13, 2005

Respectfully submitted,

Mediplex of Massachusetts, Inc. d/b/a SunBridge Care and Rehabilitation for Randolph

by its attorneys,

    /s/ Michael Williams
Michael Williams (BBO# 634062)
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210-1736
Telephone: (617) 439-4990
Facsimile: (617) 439-3987

---

[1] The Complaint mis-identifies Mediplex of Massachusetts, Inc. d/b/a SunBridge Care and Rehabilitation for Randolph as "Sunbridge Nursing and Rehabilitation Center."