UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HELEN RUNGE<br><br>*Plaintiff,*<br><br>v.<br><br>WALTER J. KELLEY; KERRY L. BLOOMINGDALE, M.D.; and SUNBRIDGE NURSING AND REHABILITATION CENTER.<br><br>*Defendants.* | Civil Action No. 05-10849-RGS |

**MOTION OF DEFENDANT MEDIPLEX OF MASSACHUSETTS,
INC. d/b/a SUNBRIDGE CARE AND REHABILITATION FOR RANDOLPH'S
TO DISMISS COUNTS I AND II OF THE COMPLAINT**

Defendant Mediplex of Massachusetts, Inc. d/b/a SunBridge Care and Rehabilitation for Randolph ("SunBridge") joins in the motion of Defendant Kelly's, pursuant to Fed.R.Civ.P. 12(b)(6), to dismiss Counts I and II of the Plaintiff's Complaint for the reasons stated in their *Memorandum in Support of the Motion of Mediplex of Massachusetts, Inc. d/b/a SunBridge Care and Rehabilitation for Randolph Memorandum for Dismissal of Counts I and II of the Complaint*.

WHEREFORE, Defendant SunBridge requests that this Honorable Court grants its motion to dismiss Counts I and II of the Complaint.

2

Dated: August 1, 2005               Respectfully submitted,

                                    Mediplex of Massachusetts, Inc. d/b/a
                                    SunBridge Care and Rehabilitation for
                                    Randolph

                                    by its attorney,

                                    _____/s/  Michael Williams_____
                                    Michael Williams  (BBO# 634062)
                                    Lawson & Weitzen, LLP
                                    88 Black Falcon Avenue, Suite 345
                                    Boston, MA 02210-1736
                                    Telephone: 617.439.4990
                                    Facsimile: 617.439.3987