IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| HELEN A. RUNGE,<br>   Plaintiff | :<br>:<br>: |
| v. | :  CA No. 05-10849-RGS<br>: |
| WALTER J. KELLY; KERRY L.<br>BLOOMINGDALE, M.D.; and<br>SUNBRIDGE NURSING AND<br>REHABILITATION CENTER,<br>   Defendants | :<br>:<br>:<br>:<br>: |

### PLAINTIFF, HELEN A. RUNGE'S, ASSENTED-TO MOTION TO EXTEND THE TIME WITHIN WHICH SHE MAY FILE HER RESPONSE TO THE MOTION TO DISMISS COUNTS I AND II BY SUNBRIDGE NURSING & REHABILITATION CENTER

AND NOW, COMES, Plaintiff, Helen A. Runge (hereinafter "Plaintiff" or "Runge") hereby requests that this Court grant an extension of time of one week for plaintiff in both the above-captioned action to file her opposition to Defendant Sunbridge Nursing & Rehabilitation Center's ("Sunbridge") Motion to Dismiss Counts I and II of the Complaint. In support of this Motion, the plaintiff states the following:

  1. Plaintiff's lead counsel, Glenn R. Davis, Esq., was on vacation from August 1, 2005, through August 5, 2005.

  2. Plaintiff's local counsel, Blake J. Godbout, Esq., was on vacation from August 8, 2005, through August 12, 2005.

  3. As a result of Defendant Sunbridge filing the Motion on August 1, 2005, Plaintiff's counsel were not afforded the opportunity to discuss Defendant's Motion and Plaintiff's Response thereto.

  Defendants have assented to this Motion.

WHEREFORE, the plaintiff respectfully requests that this Court grant her motion for an extension of time of one week, *i.e.* up to and including August 22, 2005, for Plaintiff to file her opposition to Defendant Sunbridge Nursing & Rehabilitation Center's Motion to Dismiss Counts I and II of the Complaint.

                                                           Respectfully submitted,

Dated:  August 15, 2005                    **BLAKE J. GODBOUT & ASSOCIATES**

                                        By: /s/ Blake J. Godbout
                                                 Blake J. Godbout, BBO #196380
                                        33 Broad Street, 11th Floor
                                        Boston, MA  02109
                                        (617) 523-6677

                                        Glenn R. Davis, Esq.
                                        **LATSHA DAVIS YOHE & MCKENNA, P.C.**
                                        1700 Bent Creek Boulevard, Suite 140
                                        Harrisburg, PA  17050
                                        (717) 620-2424
                                        *Pro Hac Vice*

                                        *Attorneys for Plaintiff, Helen A. Runge*

## LOCAL RULE 7.1 CERTIFICATE

I, Blake J. Godbout, hereby certify that I have conferred with James S. Hamrock, Jr., Esquire, George C. Rockas, Esquire, and Michael Williams, Esquire, regarding the within Motion, all of whom assent to the Motion.

                                        /s/ Blake J. Godbout
                                        Blake J. Godbout

## CERTIFICATE OF SERVICE

I, Blake J. Godbout, hereby certify that a true copy of the above document was served upon each party by mailing a copy of same, postage prepaid, to all counsel of record.

                                        /s/ Blake J. Godbout
                                        Blake J. Godbout