IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HELEN A. RUNGE, | : |
| Plaintiff | : |
| | : No. 05-10849-RGS |
| v. | : (Judge Stearns) |
| | : |
| WALTER J. KELLY, et al. | : CIVIL ACTION |
| Defendants | : JURY TRIAL DEMANDED |

**PLAINTIFF'S ANSWER TO DEFENDANT WALTER J. KELLY'S
PARTIAL MOTION TO DISMISS**

NOW COMES Plaintiff, Helen A. Runge, in response to Defendant Walter J. Kelly's Motion to dismiss Count I and Count II of her Complaint pursuant to Fed. R. Civ. P. 12(b)(6), and requests this Honorable Court deny Defendant's Motion to Dismiss. In support of this request, Plaintiff submits the accompanying Memorandum of Law.

WHEREFORE, Plaintiff, Helen A. Runge, respectfully requests this Honorable Court enter an Order denying the Defendant's Motion To Dismiss and directing him to file an Answer to her Complaint within 30 days of said Order.

Respectfully submitted,

LATSHA DAVIS YOHE & MCKENNA, P.C.

Dated: August 16, 2005        By    /s/ Glenn R. Davis
                                    Glenn R. Davis
                                    1700 Bent Creek Boulevard, Suite 140
                                    Mechanicsburg, PA 17050
                                    (717) 620-2424
                                    gdavis@ldylaw.com
                                    *Pro Hac Vice*

                                    Blake J. Godbout, BBO #196380
                                    **BLAKE J. GODBOUT & ASSOCIATES**
                                    33 Broad Street, 11th Floor
                                    Boston, MA  02109
                                    (617) 523-6677
                              Attorneys for Plaintiff, Helen A. Runge

100704