## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

EASTERN DIVISION

No. 05-10849RGS

| |
|---|
| HELEN RUNGE,<br>          Plaintiff<br><br>v.<br><br>WALTER J. KELLY,<br>KERRY L. BLOOMINGDALE, M.D., and<br>SUNBRIDGE NURSING AND<br>REHABILITATION CENTER,<br>          Defendants |

### DEFENDANT WALTER J. KELLY'S RULE 7.1 CERTIFICATION
### FOR MOTION TO FILE REPLY BRIEF

I, Michele Carlucci, counsel of record for the Defendant, Walter J. Kelly, certify that I have conferred with all counsel of record and have obtained all parties' assent to Defendant Walter J. Kelly's Motion to File Reply Brief.

Dated: September 7, 2005

Respectfully submitted,

The Defendant,
Walter J. Kelly,
By his attorneys,

         *s/ Michele Carlucci*
George C. Rockas, BBO #544009
Michele Carlucci, BBO #655211
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
155 Federal Street
Boston, MA 02110
(617) 422-5300

43283.1