IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| HELEN A. RUNGE, | : | |
| Plaintiff | : | |
| | : | No. 05-10849-RGS |
| v. | : | (Judge Stearns) |
| | : | |
| WALTER J. KELLY, et al. | : | CIVIL ACTION |
| Defendants | : | JURY TRIAL DEMANDED |

### PLAINTIFF'S ANSWER TO DEFENDANT KERRY L. BLOOMINGDALE, MD.'S PARTIAL MOTION TO DISMISS

AND NOW, COMES, Plaintiff, Helen A. Runge, in response to Defendant Kerry L. Bloomingdale, M.D.'s Motion to dismiss Count I and Count II of her Complaint pursuant to Fed. R. Civ. P. 12(b)(6), and requests this Honorable Court deny Defendant's Motion to Dismiss. In support of this request, Plaintiff submits the accompanying Memorandum of Law.

WHEREFORE, Plaintiff, Helen A. Runge, respectfully requests this Honorable Court enter an Order denying the Defendant's Motion To Dismiss.

Respectfully submitted,

LATSHA DAVIS YOHE & MCKENNA, P.C.

Dated: November 29, 2005         By____/s/ Glenn R. Davis_____
                                    Glenn R. Davis
                                    1700 Bent Creek Boulevard, Suite 140
                                    Mechanicsburg, PA 17050
                                    (717) 620-2424
                                    gdavis@ldylaw.com
                                    *Pro Hac Vice*

                                    Blake J. Godbout, BBO #196380
                                    BLAKE J. GODBOUT & ASSOCIATES
                                    33 Broad Street, 11th Floor
                                    Boston, MA 02109
                                    (617) 523-6677
                                    Attorneys for Plaintiff, Helen A. Runge

103350