UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**HELEN RUNGE**

    V.                                   CIVIL ACTION NO. 05-10849-RGS

**WALTER KELLY, ET AL**

# O R D E R

**STEARNS, DJ.**                                                  **FEBRUARY 22, 2006**

**COUNSEL SHALL, WITHIN 30 DAYS OF THE DATE OF THIS ORDER, FILE A "JOINT PROPOSED DISCOVERY SCHEDULE" FOR THE COURT'S APPROVAL.**

**SO ORDERED.**

                                                RICHARD G. STEARNS
                                                UNITED STATES DISTRICT JUDGE

                  **BY:**
                          **/s/ Mary H. Johnson**
                            **Deputy Clerk**