Click Here & Upgrade
Expanded Features
Unlimited Pages
PDF Complete
Documents

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **HELEN A. RUNGE,** | : | |
| **Plaintiff** | : | |
| | : | No. 05-10849-RGS |
| v. | : | (Judge Stearns) |
| | : | |
| **WALTER J. KELLY, et al.,** | : | CIVIL ACTION |
| **Defendants** | : | JURY TRIAL DEMANDED |

### JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1

Pursuant to Local Rule 16.1(d), the parties hereby submit the following joint statement.

Plaintiff and Defendants propose different discovery schedules.

1.  Plaintiff's Proposed Schedule for Discovery and Filing of Motions

| Task | Date |
|---|---|
| Request leave to join additional parties or amend the pleadings | May 30, 2006 |
| Close of fact discovery (including written discovery and depositions of fact witnesses) | October 30, 2006 |
| Initial expert reports pursuant to Fed. R. Civ. P. 26(a)(2) | November 30, 2006 |
| Rebuttal expert reports | December 15, 2006 |
| All expert discovery completed including depositions | January 15, 2007 |
| Filing of dispositive motions | February 15, 2007 |
| Supplementation of discovery under Fed. R. Civ. P. 26(e) during discovery | Within thirty days of receipt of information |
| Supplementation of discovery under Fed. R. Civ. P. 26(e) after discovery | To be made promptly, but in no event less than sixty days before trial |
| Trial | March 15, 2007 |

The time frame set forth in Plaintiff's proposal takes into account not only the complexity of the case but also the fact that Plaintiff is 91 years of age. The trial schedule should reflect these factors.

    1a.    <u>Defendants Walter J. Kelly, Kerry Bloomingdale, M.D., and Sunbridge Nursing and Rehabilitation Center's Proposed Schedule for Discovery and Filing of Motions</u>

| Task | Date |
|---|---|
| Request leave to join additional parties or amend the pleadings | 10/16/06 |
| Close of fact discovery (including written discovery and depositions of fact witnesses) | 1/31/07 |
| Plaintiffs' expert reports pursuant to Fed. R. Civ. P. 26(a)(2) | 2/28/07 |
| Defendant's expert reports | 3/30/07 |
| All expert discovery completed including depositions | 4/23/07 |
| Filing of dispositive motions | 5/22/07 |
| Supplementation of discovery under Fed. R. Civ. P. 26(e) during discovery | Within thirty days of receipt of information |
| Supplementation of discovery under Fed. R. Civ. P. 26(e) after discovery | To be made promptly, but in no event less than sixty days before trial |

    2.    <u>Local Rule 16.1(d)(3) Certifications</u>

Each party and its counsel certify that they have conferred: (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and (b) to consider the resolution of the litigation through the

106202     2



use of alternative dispute resolution programs such as those outlined in LR 16.4. The parties' certifications are attached as exhibits to this document.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| Plaintiff, Helen A. Runge,<br>By her attorneys, | Defendant, Walter J. Kelly,<br>By his attorneys, |
| /s/ Glenn R. Davis<br>Glenn R. Davis, *Pro Hac Vice*<br>LATSHA DAVIS YOHE & MCKENNA, P.C.<br>1700 Bent Creek Boulevard, Suite 140<br>Mechanicsburg, PA 17050<br>(717) 620-2424<br>gdavis @ldylaw.com | /s/ Michelle Carlucci<br>George C. Rockas, BBO #544009<br>Michele Carlucci, BBO #655211<br>WILSON ELSER MOSKOWITZ<br>EDELMAN & DICKER LLP<br>155 Federal Street<br>Boston, MA 02110<br>(617) 422-5300<br>michele.carlucci@wilsonelser.com |
| Respectfully submitted, | Respectfully submitted, |
| Defendant, Kerry Bloomingdale, M.D.<br>By his attorneys, | Defendant, Mediplex of Massachusetts, Inc. d/b/a SunBridge Care and Rehabilitation for Randolph<br>By its attorneys, |
| /s/ James Hamrock, Jr.<br>James Hamrock, Jr., BBO #219400<br>HAMROCK & TOCCI<br>101 Main Street, 18th Floor<br>Cambridge, MA 02142<br>(617) 496-5370<br>jhamrock@htclaw.com | /s/ Michael Williams<br>K. Scott Griggs, BBO #555988<br>Michael Williams, BBO #634062<br>Marissa A. Goldberg, BBO# 654506<br>LAWSON & WEITZEN, LLP<br>88 Black Falcon Avenue, Suite 345<br>Boston, MA 02210-1736<br>(617) 439-4990<br>mwilliams@lawson-weitzen.com |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HELEN A. RUNGE, | : |
|     Plaintiff | : |
| | :    No. 05-10849-RGS |
| v. | :    (Judge Stearns) |
| | : |
| WALTER J. KELLY, et al., | :    CIVIL ACTION |
|     Defendants | :    JURY TRIAL DEMANDED |

### CERTIFICATION UNDER LOCAL RULE 16.1(d)(3)

The undersigned counsel as well as Plaintiff hereby affirm that they have conferred (a) with a view of establishing a budget for costs of conducting a full course and various alternative courses of litigation and (b) have considered the resolution of this litigation through the use of alternative dispute resolution programs such as those set forth in Local Rule 16.4(c).

Respectfully submitted,

LATSHA DAVIS YOHE & MCKENNA, P.C.

Dated: MARCH 21, 2006

By *[signature]*
Glenn R. Davis
1700 Bent Creek Boulevard, Suite 140
Mechanicsburg, PA 17050
(717) 620-2424
gdavis@ldylaw.com
Pro Hac Vice
Attorneys for Plaintiff, Helen A. Runge

Dated: MARCH 20, 2006

*[signature]*
Helen A. Runge, Plaintiff

106218

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EASTERN DIVISION

No. 05-10849RGS

HELEN RUNGE,
                Plaintiff

v.

WALTER J. KELLY,
KERRY L. BLOOMINGDALE, M.D., and
SUNBRIDGE NURSING AND
REHABILITATION CENTER,
                Defendants

**WALTER J. KELLY'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)**

---

Counsel for the Defendant, Walter J. Kelly, and a representative of Defendant's insurer, certify that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

53541.1

Dated: ~~February~~ March 21, 2006

Respectfully submitted,

WALTER J. KELLY,
By his attorneys,

_Michele Carlucci_   3/21/06
George Rockas, BBO#544009
Michele Carlucci, BBO#655211
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
155 Federal Street
Boston, MA 02110
617-422-5300

_Robert Feldman_
Robert Feldman
Senior Claims Examiner   2-23-06
United National Group

53541.1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HELEN RUNGE<br><br>*Plaintiff,*<br><br>v.<br><br>WALTER J. KELLEY; KERRY L. BLOOMINGDALE, M.D.; and SUNBRIDGE NURSING AND REHABILITATION CENTER.<br><br>*Defendants.* | Civil Action No. 05-10849-RGS |

**LOCAL RULE 16.1(D)(3) CERTIFICATION of
MEDIPLEX OF MASSACHUSETTS, INC. d/b/a
SUNBRIDGE CARE AND REHABILITATION FOR RANDOLPH**

I, Brian Cooper, duly authorized agent for Mediplex of Massachusetts, Inc. d/b/a SunBridge Care and Rehabilitation for Randolph affirm that I have conferred with my counsel concerning the costs of conducting this litigation as well as the various alternative dispute resolution programs that may at some point assist in resolving this litigation.

Date: March 20, 2006

/s/ Brian Cooper
Brian Cooper, duly authorized agent of
Mediplex of Massachusetts, Inc. d/b/a
SunBridge Care and Rehabilitation for
Randolph

/s/ Michael Williams
K. Scott Griggs        (BBO# 555988)
Michael Williams     (BBO# 634062)
Marissa A. Goldberg (BBO #654506)
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210-1736
Telephone: (617) 439-4990
Facsimile:  (617) 439-3987
MWilliams@Lawson-Weitzen.com

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL DOCKET NO: 05-CV-10849 (RGS)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
HELEN RUNGE                                        \*
                                                   \*
          PLAINTIFF                                \*
vs.                                                \*
                                                   \*
KERRY L. BLOOMINGDALE, M.D.,                       \*
WALTER J. KELLY AND SUNBRIDGE                      \*
NURSING AND REHABILITATION CENTER                  \*
                                                   \*
          DEFENDANTS                               \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### *DEFENDANT KERRY L. BLOOMINGDALE, M.D.'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)*

Counsel for the Defendant Kerry Bloomingdale, M.D. and a representative of the Defendant's medical malpractice insurer certify that they have conferred:

a. With a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of litigation, and;

b. To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

DATED: March 22, 2006

Respectfully Submitted,

For the Defendant,
Kerry Bloomingdale, M.D.
By his attorney,

_____
Madeline Goff
Senior Claims Representative
Risk Management Foundation
of the Harvard Medical Institutions, Inc

James S. Hamrock, Jr.
BBO # 219400
Hamrock & Tocci
101 Main Street, 18th Floor
Cambridge, MA 02142
(617) 496-5370