UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

HELEN A. RUNGE

    V.                              CIVIL ACTION NO. 05-10849-RGS

WALTER J. KELLY, ET AL

# DISCOVERY SCHEDULE

**STEARNS, DJ.**                                        **APRIL 4, 2006**

THE FOLLOWING "DISCOVERY SCHEDULE" IS HEREBY ENTERED BY THE COURT IN THE ABOVE-CAPTIONED ACTION AS FOLLOWS:

1. Requests for leave to join additional parties or amend the pleadings shall be done by 7/17/06;
2. All fact discovery (including written discovery and depositions of fact witnesses) shall be completed by 12/22/06;
3. Plaintiff's expert reports shall be submitted by 1/15/07;
4. Defendants' expert reports shall be submitted by 2/12/07;
5. All expert discovery, including depositions, shall be completed by 3/26/07;
6. Dispositive motions shall be filed by 4/16/07, with oppositions due 14 days thereafter unless enlarged by the Court;
7. Supplementation of discovery under Fed. R. Civ. P. 26(e) during discovery - within 30 days of receipt of information;
8. Supplementation of discovery under Fed. R. Civ. P. 26(e) after discovery - to be made promptly but in no event less than 60 days before trial;
9. A trial date will be scheduled by the Court.

SO ORDERED.

RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE

BY:

/s/ Mary H. Johnson
**Deputy Clerk**