UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EASTERN DIVISION

No. 05-10849RGS

| |
|---|
| HELEN RUNGE,<br>       Plaintiff<br><br>v.<br><br>WALTER J. KELLY,<br>KERRY L. BLOOMINGDALE, M.D., and<br>SUNBRIDGE NURSING AND<br>REHABILITATION CENTER,<br>       Defendants |

**DEFENDANT WALTER J. KELLY'S OPPOSITION TO
PLAINTIFF'S MOTION TO AMEND THE COMPLAINT**

  NOW COMES the Defendant, Walter J. Kelly, ("Kelly"), and opposes the Plaintiff's Motion to Amend the Complaint. Defendant Kelly specifically opposes Plaintiff's Motion to Amend the Complaint and add counts against Defendant Kelly, including False Imprisonment (Count IX), Intentional Infliction of Emotional Distress (Count X), Negligent Infliction of Emotional Distress (Count XI) and Abuse of Process (Count XIV). In the alternative, Defendant Kelly seeks leave to serve additional discovery requests pertaining to the newly asserted counts. As grounds in support of this opposition, Defendant submits the accompanying Memorandum.

  WHEREFORE, the Defendant, Walter J. Kelly, respectfully requests that this Honorable Court deny Plaintiff's Motion to Amend the Complaint. In the alternative, the Defendant seeks an additional (10) Interrogatories and Requests for Production of Documents to be propounded upon the Plaintiff regarding the new counts against the Defendant.

Dated: July 21, 2006                                              The Defendant,

                                                                  Walter J. Kelly,
                                                                  By his attorneys,


                                                                  *s/ Michele Carlucci*
                                                                  George C. Rockas, BBO #544009
                                                                  Michele Carlucci, BBO #655211
                                                                  WILSON ELSER MOSKOWITZ
                                                                  EDELMAN & DICKER LLP
                                                                  155 Federal Street
                                                                  Boston, MA 02110
                                                                  (617) 422-5400

## **CERTIFICATE OF SERVICE**

I, Michele Carlucci, certify that on July 21, 2006 I have served, by electronic filing and regular first class mail, a copy of the following:

   1.   Defendant Walter J. Kelly's Opposition to Plaintiff's Motion to Amend Complaint.

to all counsel of record:

James S. Hamrock, Esq.
Hamrock & Tocci
101 Main Street, 18th Floor
Cambridge, MA 02142

Blake J. Godbout, Esq.
Blake J. Godbout & Associates
33 Broad Street, 11th Floor
Boston, MA 02109

Glen R. Davis, Esq.
Latsha Davis Yohe & McKenna, P.C.
1700 Bent Creek Boulevard, Suite 140
Mechanicsburg, PA 17050

Robert J. Roughsedge, Esq.
Michael Williams, Esq.
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345                                 *s/ Michele Carlucci*
Boston, MA 02210-2414                                             Michele Carlucci