UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EASTERN DIVISION

No. 05-10849RGS

| |
|---|
| HELEN RUNGE,<br>                         Plaintiff<br><br>            v.<br><br>WALTER J. KELLY,<br>KERRY L. BLOOMINGDALE, M.D., and<br>SUNBRIDGE NURSING AND<br>REHABILITATION CENTER,<br>                         Defendants |

## DEFENDANT WALTER J. KELLY'S PARTIAL MOTION TO DISMISS COUNT XIV OF THE AMENDED COMPLAINT

NOW COMES the Defendant, Walter J. Kelly, ("Kelly"), pursuant to Fed. R. Civ. P. 12(b)(6), and moves this Court to Dismiss Count XIV (Abuse of Process) of Plaintiff's Amended Complaint for failure to state a claim for which relief can be granted. As grounds in support of this motion, Defendant submits the accompanying Memorandum of Law.

WHEREFORE, the Defendant, Walter J. Kelly, requests that this Honorable Court grant his motion to dismiss Counts XIV Plaintiff's Amended Complaint.

                                                The Defendant,

                                                Walter J. Kelly,
                                                By his attorneys,

                                                  *s/ Michele Carlucci*
                                                George C. Rockas, BBO #544009
                                                Michele Carlucci, BBO #655211
                                                WILSON ELSER MOSKOWITZ
                                                EDELMAN & DICKER  LLP
Dated: August 7, 2006                  155 Federal Street
                                                Boston, MA 02110
                                                (617) 422-5300

62637.1

## **CERTIFICATE OF SERVICE**

I, Michele Carlucci, certify that on August 7, 2006 I have served a copy of the forgoing to all counsel of record by first class mail and by electronic filing:

James S. Hamrock, Esq.
Hamrock & Tocci
101 Main Street, 18th Floor
Cambridge, MA 02142

Blake J. Godbout, Esq.
Blake J. Godbout & Associates
33 Broad Street, 11th Floor
Boston, MA 02109

Glen R. Davis, Esq.
Latsha Davis Yohe & McKenna, P.C.
1700 Bent Creek Boulevard, Suite 140
Mechanicsburg, PA 17050

Robert J. Roughsedge, Esq.
Michael Williams, Esq.
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210-2414

*s/ Michele Carlucci*
Michele Carlucci

62637.1