# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

EASTERN DIVISION

No. 05-10849RGS

| |
|---|
| HELEN RUNGE, |
|                       Plaintiff |
| |
| v. |
| |
| WALTER J. KELLY, |
| KERRY L. BLOOMINGDALE, M.D., and |
| SUNBRIDGE NURSING AND |
| REHABILITATION CENTER, |
|                       Defendants |

## DEFENDANT WALTER J. KELLY'S MOTION TO COMPEL
## THE PLAINTIFF TO SUBMIT TO A MENTAL EXAMINATION

NOW COMES the Defendant, Walter J. Kelly, and moves this honorable Court to compel the plaintiff, Helen Runge, to submit to a mental examination by an independent examiner within 30 days pursuant to Fed. R. Civ. P 35.  In support of this motion, the Defendant submits the accompanying Memorandum of Law.

WHEREFORE, Defendant respectfully requests that this Honorable Court compel the Plaintiff to submit to a physical examination pursuant to Rule 35.   The Defendant respectfully requests that this Court grant this motion and order the Plaintiff to submit to a psychiatric evaluation within 30 days in a location convenient for the Plaintiff.

Respectfully submitted,

The Defendant, Walter J. Kelly,

By his attorneys,


_____s/ Michele Carlucci_____
George C. Rockas, BBO #544009
Michele Carlucci, BBO #655211
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER  LLP
155 Federal Street
Boston, MA 02110
(617) 422-5400


## LOCAL RULE 7.1 CERTIFICATION

I, Michele Carlucci, counsel for the Defendant, Walter J. Kelly, certify that I have spoken with counsel for the Plaintiff, Glenn Davis, and requested that the Plaintiff submit to a psychiatric evaluation and inquired whether a motion to compel would be necessary. Attorney Davis did not respond.

Dated: September 29, 2006                          s/  Michele Carlucci
                                                   Michele Carlucci

66240.1

## CERTIFICATE OF SERVICE

I, Michele Carlucci, certify that on September 29, 2006 I have served a copy of the following by electronic filing and regular mail:

    1.    Defendant Walter J. Kelly's Motion to Compel The Plaintiff to Submit to A Mental Examination and Memorandum of Law in Support

to all counsel of record:

James S. Hamrock, Esq.
Hamrock & Tocci
101 Main Street, 18th Floor
Cambridge, MA 02142

Blake J. Godbout, Esq.
Blake J. Godbout & Associates
33 Broad Street, 11th Floor
Boston, MA 02109

Glen R. Davis, Esq.
Latsha Davis Yohe & McKenna, P.C.
1700 Bent Creek Boulevard, Suite 140
Mechanicsburg, PA 17050

Robert J. Roughsedge, Esq.
Michael Williams, Esq.
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210-2414

                                            */s/ Michele Carlucci*
                                            Michele Carlucci