## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

EASTERN DIVISION

No. 05-10849RGS

| |
|---|
| HELEN RUNGE,<br>                    Plaintiff<br><br>            v.<br><br>WALTER J. KELLY,<br>KERRY L. BLOOMINGDALE, M.D., and<br>SUNBRIDGE NURSING AND<br>REHABILITATION CENTER,<br>                    Defendants |

### LOCAL RULE 37.1 CERTIFICATION RELEVANT TO
### DEFENDANT WALTER J. KELLY'S MOTION TO COMPEL
### THE PLAINTIFF TO SUBMIT TO A MENTAL EXAMINATION

     I, Michele Carlucci, counsel for the Defendant, Walter J. Kelly, certify that on September 25, 2006 I had a discovery conference with Plaintiff's counsel, Glenn Davis, Esq., and inquired whether a motion to compel the plaintiff to submit to a mental examination would be necessary. We discussed the issue, he was disinclined to agree to the examination but indicated he would speak to the Plaintiff and/or her Power of Attorney, Gilbert Stanley, that day and would get back to me. He has never gotten back to me on this issue.

                                            *s/ Michele Carlucci*
                                     Michele Carlucci, BBO #655211
                                     WILSON ELSER MOSKOWITZ
                                     EDELMAN & DICKER  LLP
                                     155 Federal Street
                                     Boston, MA 02110
                                     (617) 422-5400

## CERTIFICATE OF SERVICE

I, Michele Carlucci, certify that on October 13, 2006 I have served a copy of the following by electronic filing and regular mail:

1. Defendant Walter J. Kelly's Local Rule 37.1 Certification relevant to Defendant's Motion to Compel the Plaintiff to Submit to Psychiatric Evaluation.

to all counsel of record:

James S. Hamrock, Esq.
Hamrock & Tocci
101 Main Street, 18th Floor
Cambridge, MA 02142

Blake J. Godbout, Esq.
Blake J. Godbout & Associates
33 Broad Street, 11th Floor
Boston, MA 02109

Glen R. Davis, Esq.
Latsha Davis Yohe & McKenna, P.C.
1700 Bent Creek Boulevard, Suite 140
Mechanicsburg, PA 17050

Robert J. Roughsedge, Esq.
Michael Williams, Esq.
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210-2414

                                                                                */s/ Michele Carlucci*
                                                                                  Michele Carlucci

67169.1