## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

EASTERN DIVISION

No. 05-10849RGS

| |
|---|
| HELEN RUNGE,<br>                    Plaintiff<br><br>v.<br><br>WALTER J. KELLY,<br>KERRY L. BLOOMINGDALE, M.D., and<br>SUNBRIDGE NURSING AND<br>REHABILITATION CENTER,<br>                    Defendants |

## LOCAL RULE 37.1 CERTIFICATION RELEVANT TO
## DEFENDANT WALTER J. KELLY'S MOTION TO COMPEL
## THE PLAINTIFF TO PROVIDE SIGNED ANSWERS TO INTERROGATORIES

On August 18, 2006, Defendant sent Plaintiff's counsel a letter pursuant to Local Rule 37.1 requesting a discovery conference regarding Plaintiff's overdue Answers to Interrogatories. As a result of the discovery conference, Plaintiff provided unsigned Answers to Interrogatories. After another conference with Plaintiff's counsel regarding the unsigned interrogatories, Plaintiff's counsel provided a "verification" of discovery responses by Gilbert Stanley, Plaintiff's purported Power of Attorney. Again, Defendant's counsel requested that Plaintiff herself sign her purported Answers to Interrogatories, or that Plaintiff's counsel at least advise Defendant's counsel that Plaintiff is unable. No response has been received to date.

            *s/ Michele Carlucci*
Michele Carlucci, BBO #655211
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER  LLP
155 Federal Street
Boston, MA 02110
(617) 422-5400

67170.1

# CERTIFICATE OF SERVICE

I, Michele Carlucci, certify that on October 13, 2006 I have served a copy of the following by electronic filing and regular mail:

1. Defendant Walter J. Kelly's Local Rule 37.1 Certification relevant to Defendant's Motion to Compel the Plaintiff to Provide Signed Answers to Interrogatories.

to all counsel of record:

James S. Hamrock, Esq.
Hamrock & Tocci
101 Main Street, 18th Floor
Cambridge, MA 02142

Blake J. Godbout, Esq.
Blake J. Godbout & Associates
33 Broad Street, 11th Floor
Boston, MA 02109

Glen R. Davis, Esq.
Latsha Davis Yohe & McKenna, P.C.
1700 Bent Creek Boulevard, Suite 140
Mechanicsburg, PA 17050

Robert J. Roughsedge, Esq.
Michael Williams, Esq.
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210-2414

                 */s/ Michele Carlucci*
                 Michele Carlucci

67170.1