UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EASTERN DIVISION

No. 05-10849RGS

| HELEN RUNGE, |
| Plaintiff |
| v. |
| WALTER J. KELLY, |
| KERRY L. BLOOMINGDALE, M.D., and |
| SUNBRIDGE NURSING AND |
| REHABILITATION CENTER, |
| Defendants |

**DEFENDANT WALTER J. KELLY'S NOTICE OF WITHDRAWAL OF
MOTION TO COMPEL THE PLAINTIFF TO PROVIDE
SIGNED ANSWERS TO INTERROGATORIES**

NOW COMES the Defendant, Walter J. Kelly, and withdraws his motion to compel the plaintiff, Helen Runge, to provide signed Answers to Interrogatories. On this date, we received signature pages from plaintiff's counsel, signed by Helen Runge.

>Respectfully submitted,
>The Defendant, Walter J. Kelly,
>By his attorneys,
>
>    *s/ Michele Carlucci*
>George C. Rockas, BBO #544009
>Michele Carlucci, BBO #655211
>WILSON ELSER MOSKOWITZ
>EDELMAN & DICKER  LLP
>155 Federal Street
>Boston, MA 02110
>(617) 422-5400

Dated: October 16, 2006

67258.1

## CERTIFICATE OF SERVICE

I, Michele Carlucci, certify that on October 16, 2006 I have served a copy of the following by electronic filing and regular mail:

1. Defendant Walter J. Kelly's Withdrawal of Motion to Compel The Plaintiff to Provide Signed Answers to Interrogatories.

to all counsel of record:

James S. Hamrock, Esq.
Hamrock & Tocci
101 Main Street, 18th Floor
Cambridge, MA 02142

Blake J. Godbout, Esq.
Blake J. Godbout & Associates
33 Broad Street, 11th Floor
Boston, MA 02109

Glen R. Davis, Esq.
Latsha Davis Yohe & McKenna, P.C.
1700 Bent Creek Boulevard, Suite 140
Mechanicsburg, PA 17050

Robert J. Roughsedge, Esq.
Michael Williams, Esq.
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210-2414

*/s/ Michele Carlucci*
Michele Carlucci

67258.1