## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

EASTERN DIVISION

No. 05-10849RGS

| |
|---|
| HELEN RUNGE,<br>                    Plaintiff<br><br>v.<br><br>WALTER J. KELLY,<br>KERRY L. BLOOMINGDALE, M.D., and<br>SUNBRIDGE NURSING AND<br>REHABILITATION CENTER,<br>                    Defendants |

### DEFENDANT WALTER J. KELLY'S OPPOSITION TO
### PLAINTIFF'S SECOND MOTION TO AMEND THE COMPLAINT

NOW COMES the Defendant, Walter J. Kelly, ("Kelly"), and opposes the Plaintiff's Second Motion to Amend the Complaint to add a count against Defendant Kelly under Chapter 93A (Count XVI) as it is untimely.

WHEREFORE, the Defendant, Walter J. Kelly, respectfully requests that this Honorable Court deny Plaintiff's Second Motion to Amend the Complaint.  Should the Court allow Plaintiff's motion, the Defendant seeks an additional (10) Interrogatories and Requests for Production of Documents to be propounded upon the Plaintiff regarding the new count against the Defendant.

71256.1

Dated: December 20, 2006        The Defendant,

                                Walter J. Kelly,
                                By his attorneys,


                                     *s/ Michele Carlucci*
                                George C. Rockas, BBO #544009
                                Michele Carlucci, BBO #655211
                                WILSON ELSER MOSKOWITZ
                                EDELMAN & DICKER  LLP
                                155 Federal Street
                                Boston, MA 02110
                                (617) 422-5400

71256.1

## CERTIFICATE OF SERVICE

I, Michele Carlucci, certify that on December 20, 2006 I have served, by electronic filing and regular first class mail, a copy of the following:

1. Defendant Walter J. Kelly's Opposition to Plaintiff's Motion to Amend Complaint.

to all counsel of record:

James S. Hamrock, Esq.
Hamrock & Tocci
101 Main Street, 18th Floor
Cambridge, MA 02142

Blake J. Godbout, Esq.
Blake J. Godbout & Associates
33 Broad Street, 11th Floor
Boston, MA 02109

Glen R. Davis, Esq.
Latsha Davis Yohe & McKenna, P.C.
1700 Bent Creek Boulevard, Suite 140
Mechanicsburg, PA 17050

Robert J. Roughsedge, Esq.
Michael Williams, Esq.
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345     _____*s/ Michele Carlucci*_____
Boston, MA 02210-2414                            Michele Carlucci

71256.1