## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| HELEN A. RUNGE, | : | |
| Plaintiff | : | |
| | : | No. 05-10849-RGS |
| v. | : | (Judge Stearns) |
| | : | |
| WALTER J. KELLY, et al. | : | CIVIL ACTION |
| Defendants | : | JURY TRIAL DEMANDED |

## SUGGESTION OF DEATH UPON THE RECORD UNDER RULE 25(a)(1)

Dorothy Stanley, Executrix of the Estate of Helen A. Runge, suggests upon the record, pursuant to Federal Rule of Civil Procedure 25(a)(1), the death of Helen A. Runge, Plaintiff, during the pendency of this action.

Respectfully submitted,

LATSHA DAVIS YOHE & MCKENNA, P.C.

Dated: January 29, 2007

By____/s/ Glenn R. Davis_____
    Glenn R. Davis
    1700 Bent Creek Boulevard, Suite 140
    Mechanicsburg, PA 17050
    (717) 620-2424
    gdavis@ldylaw.com
    *Pro Hac Vice*

    Blake J. Godbout, BBO #196380
    BLAKE J. GODBOUT & ASSOCIATES
    33 Broad Street, 11th Floor
    Boston, MA  02109
    (617) 523-6677
Attorneys for Plaintiff, Helen A. Runge
and Dorothy Stanley, Executrix of the Estate of
Helen A. Runge

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served upon the attorney of record for each party by electronic transmission.

James S. Hamrock, Jr.
Hamrock & Tocci
101 Main Street, 18th Floor
Cambridge, MA 02142
jhamrock@htclaw.com

Michele Carlucci
George S. Rockas
Wilson Elser Moskowitz Edelman & Dicker LLP
155 Federal Street
Boston, MA 02110
michele.carlucci@wilsonelser.com
george.rockas@wilsonelser.com

Michael Williams
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 145
Boston, MA 02210-1736
mwilliams@lawson-weitzen.com


Dated: January 29, 2007               /s/ Glenn R. Davis
                                      Glenn R. Davis