UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-CV-10849-RGS

HELEN RUNGE

v.

WALTER J. KELLY, KERRY L. BLOOMINGDALE, M.D.
AND SUNBRIDGE NURSING AND REHABILITATION CENTER

<u>MEMORANDUM AND ORDER ON
PLAINTIFF'S MOTION FOR AN EXTENSION
OF THE DEADLINE TO SUBMIT EXPERT REPORTS</u>

February 2, 2007

STEARNS, D.J.

On January 30, 2007, the court allowed Helen Runge's motion to extend the date by which she had to produce her expert report to defendant Sunbridge Nursing Home. Runge stated that she needed additional time because Sunbridge had not yet produced all of the documents responsive to a previous document request. In response, Sunbridge explained that the facility had been sold and that it was endeavoring to acquire the remaining responsive documents from the new owners.

Runge now seeks to extend the deadline by which she must produce her expert report to defendant Kerry Bloomingdale because it too is contingent on acquiring the Sunbridge documents. Runge's motion for an enlargement of time is <u>ALLOWED</u>. Runge shall produce her expert report to defendants Sunbridge and Bloomingdale on March 2, 2007. Defendants shall have thirty days thereafter to produce the report of their expert(s).

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE