IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HELEN A. RUNGE,<br>　　　Plaintiff | :<br>: |
| | :　　No. 05-10849-RGS |
| v. | :　　(Judge Stearns) |
| | : |
| WALTER J. KELLY, et al. | :　　CIVIL ACTION |
| 　　Defendants | :　　JURY TRIAL DEMANDED |

### MOTION FOR ENLARGEMENT OF TIME TO SUBMIT EXPERT REPORTS AS TO DEFENDANTS SUNBRIDGE AND BLOOMINGDALE

AND NOW, COMES, Plaintiff, Helen A. Runge ("Plaintiff"), by and through her counsel, and motions for an enlargement of time to submit her expert reports as to Defendant Sunbridge Nursing and Rehabilitation Center ("Defendant Sunbridge") and Defendant Kerry L. Bloomingdale ("Defendant Bloomingdale") and states the following:

1.　　On April 27, 2005, Plaintiff filed with this Honorable Court her initial Complaint.

2.　　Plaintiff filed an Amended Complaint on August 7, 2006, as permitted by Court Order entered July 28, 2006, and a Second Amended Complaint on January 8, 2007, as permitted by Court Order entered January 5, 2007.

3. By Court Order entered February 2, 2007, Plaintiff was granted an extension of time to March 2, 2007 to file expert reports as to Defendants Sunbridge and Bloomingdale, which time period has not expired.

4. Plaintiff originally had requested an extension of time to file expert reports as to Defendants Sunbridge and Bloomingdale because Defendant Sunbridge had not produced significant documentation needed for an expert review of Defendants Sunbridge's and Bloomingdale's actions. Plaintiff incorporates herein as if set forth at length her Motion for Enlargement of Time to Submit Expert Report as to Defendant Sunbridge filed January 12, 2007 (Document 69) and Motion for Enlargement of Time to Submit Expert Report as to Defendant Bloomingdale filed January 16, 2007 (Document 71).

5. Plaintiff has been diligent in pursuing discovery and requesting relevant documentation from Defendant Sunbridge that is essential for adequate expert review of Defendants Sunbridge's and Bloomingdale's actions.

6. Since this Court granted Plaintiff an extension of time to file expert reports on February 2, 2007, Plaintiff again contacted Defendant Sunbridge regarding the outstanding discovery responses and the possible filing of a Motion to Compel. *See* Plaintiff's Correspondence dated February 2, 2007 attached as Exhibit A to the instant Motion.

7. Plaintiff has received no response to the February 2, 2007 correspondence.

8. On February 27, 2007, Plaintiff filed a Motion to Compel Discovery Responses from Defendant Sunbridge (Document 88), which motion is pending.

9. Plaintiff respectfully requests that this Honorable Court grant Plaintiff an enlargement of time to file expert reports as to Defendants Sunbridge and Bloomingdale because Defendant Sunbridge still has not produced the documents necessary for expert review of Defendants Sunbridge's and Bloomingdale's actions.

10. In support of the instant Motion, Plaintiff incorporates her Memorandum of Reasons In Support of Motion for Enlargement of Time to Submit Expert Reports as to Defendants Sunbridge and Bloomingdale.

WHEREFORE, Plaintiff, Helen A. Runge, respectfully requests that this Honorable Court grant Plaintiff's Motion for Enlargement of Time to Submit Expert Reports as to Defendants Sunbridge and Bloomingdale.

Respectfully submitted,

LATSHA DAVIS YOHE & MCKENNA, P.C.

Dated: March 2, 2007

By    /s/ Glenn R. Davis
Glenn R. Davis
1700 Bent Creek Boulevard, Suite 140
Mechanicsburg, PA 17050
(717) 620-2424
gdavis@ldylaw.com
*Pro Hac Vice*

Blake J. Godbout, BBO #196380
BLAKE J. GODBOUT & ASSOCIATES
33 Broad Street, 11th Floor
Boston, MA 02109
(617) 523-6677

Attorneys for Plaintiff, Helen A. Runge

## LOCAL RULE 7.1 CERTIFICATION

I, Glenn R. Davis, counsel for Plaintiff, Helen A. Runge, certify that we have contacted counsel for Defendants Walter J. Kelly, Kerry L. Bloomingdale, M.D., and Sunbridge Nursing and Rehabilitation Center regarding Plaintiff Helen A. Runge's Motion for Enlargement of Time to Submit Expert Reports as to Defendants Sunbridge and Bloomingdale. Counsel for Defendant Walter J. Kelly concurs to the extent that an additional 30 days beyond the extension sought by Plaintiff be given for him disclose experts as to Defendants Sunbridge and Bloomingdale. Counsel for Defendants Kerry L. Bloomingdale and Sunbridge Nursing and Rehabilitation Center have not yet provided their position, whether it be concurrence or nonconcurrence, with the presentation of this motion.

Dated: March 2, 2007               /s/ Glenn R. Davis
                                   Glenn R. Davis

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served upon the attorney of record for each party by electronic transmission.

>James S. Hamrock, Jr.
>Hamrock & Tocci
>101 Main Street, 18th Floor
>Cambridge, MA 02142
>jhamrock@htclaw.com
>
>Michele Carlucci
>George S. Rockas
>Wilson Elser Moskowitz Edelman & Dicker LLP
>155 Federal Street
>Boston, MA 02110
>michele.carlucci@wilsonelser.com
>george.rockas@wilsonelser.com
>
>Michael Williams
>Lawson & Weitzen, LLP
>88 Black Falcon Avenue, Suite 145
>Boston, MA 02210-1736
>mwilliams@lawson-weitzen.com

Dated: March 2, 2007            /s/ Glenn R. Davis
                                Glenn R. Davis

# LATSHA DAVIS YOHE & McKENNA, P.C.
**ATTORNEYS AT LAW**

PLEASE REPLY TO:   Mechanicsburg
WRITER'S E-MAIL:   gdavis@ldylaw.com

February 2, 2007

Michael Williams, Esq.
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345         **VIA FACSIMILE AND**
Boston, MA  02210-1736                    **FIRST-CLASS MAIL**

    Re:   Helen A. Runge v. Walter J. Kelly, et al.
         No. 05-10849-RGS
         Our File No. 812-03

Dear Mr. Williams:

    On various occasions, we have had an opportunity to discuss plaintiff's outstanding discovery against your client, Sunbridge Nursing and Rehabilitation Center. Those discussions began in September 2006 at a time when your client was outside of the scope of time to respond to our May 2006 discovery. It was my understanding from the September discussions that your client would be sending the plaintiff's medical record in response to the Request for Production of Documents and would thereafter supplement the Request with the remainder of the documents we were seeking.

    Since that time, we have not received your supplemental production. Two weeks past, we again discussed this matter and I indicated to you that unless we receive the documents in the near future, we would be forced to file a motion to compel discovery with the court. In accordance with my representations at that time, please find enclosed a motion to compel discovery which we intend to file on February 12, 2007, unless we hear from you that responsive documents are being produced. I would also ask that you provide me with Defendant Sunbridge's position with regard to the filing of this motion if the decision is not to provide documents by the date indicated.

1700 Bent Creek Boulevard, Suite 140 • Mechanicsburg, PA 17050 • (717) 620-2424 • FAX (717) 620-2444

350 Eagleview Boulevard, Suite 100 • Exton, PA 19341 • (610) 524-8454 • FAX (610) 524-9383

3000 Atrium Way, Suite 251 • Mt. Laurel, NJ 08054 • (856) 231-5351 • FAX (856) 231-5341

Maryland Telephone: (410) 727-2810

Michael Williams, Esq.
February 2, 2007
Page 2

Thanking you in advance for your anticipated attention to this matter.

Very truly yours,

Glenn R. Davis

/hs
Enclosure
cc: Blake J. Godbout, Esq.
    Gilbert Stanley

113355

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HELEN A. RUNGE,<br>    Plaintiff<br><br>v.<br><br>WALTER J. KELLY, et al.<br>    Defendants | :<br>:<br>:  No. 05-10849-RGS<br>:  (Judge Stearns)<br>:<br>:  CIVIL ACTION<br>:  JURY TRIAL DEMANDED |

### ORDER

AND NOW, this _____ day of _____, 2007, upon consideration of Plaintiff's Motion for Enlargement of Time to Submit Expert Reports as to Defendants Sunbridge and Bloomingdale, it is hereby ORDERED and DECREED that said Motion is GRANTED.

                              BY THE COURT:

                              _____
                              Richard C. Stearns, J.

113934