UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DOROTHY STANLEY, as Executrix of the ESTATE of HELEN RUNGE,<br><br>    *Plaintiff*,<br><br>v.<br><br>WALTER J. KELLEY; KERRY L. BLOOMINGDALE, M.D.; and SUNBRIDGE NURSING AND REHABILITATION CENTER,<br><br>    *Defendants.* | Civil Action No. 05-10849-RGS |

### WITHDRAWAL of FARRAH SEIDLER'S
### EMERGENCY MOTION to QUASH SUBPOENA

On evening of Friday, May 4, 2007, plaintiff's counsel faxed a letter stating that he has agreed to move the deposition of Farrah Seidler to Tuesday, May 8, 2007, thereby mooting Ms. Seidler's motion to quash the subpoena for Wednesday, May 9, 2007 (Docket Entry #104). *See* **Exhibit A**.[1]  The deposition of Ms. Seidler is expected to occur tomorrow morning in Exton, Pennsylvania starting at 10:30 A.M.

---

[1] For purposes of clarification, I briefly address the excuse given by plaintiff's counsel for his last minute notice of this change in the date for this out-of-state deposition. Plaintiff's counsel's May 4th letter claims that I did not provide him with alternative dates for the deposition. On April 25th, I faxed a letter to plaintiff's counsel informing him that Ms. Seidler was unavailable on May 9th and providing a list of alternative dates. **Exhibit B**. Plaintiff's counsel subsequently rejected each of those dates and I provided a second set of alternative dates on April 27th. That second set of dates included Tuesday, May 8, 2007. *See* **Exhibit C** ("Ms. Seidler has agreed to rearrange her schedule and will be available on May 8th. But she cannot appear before 10:30 A.M. on that day. I have contacted Attorneys Carlucci and Hamrock and they are both agreeable to proceeding with the deposition of Ms. Seidler on Tuesday, May 8th."). Plaintiff's counsel was contacted by telephone on Wednesday, May 2nd in an effort to confirm that the deposition had been moved to May 8th, but plaintiff's counsel responded by claiming that he had another deposition on that date and expected the deposition to proceed on May 9th. The present motion to quash was filed on the morning of Thursday, May 3rd, which included a recitation of the history of the efforts to schedule Ms. Seidler's deposition dating back to December of 2006. That motion again stated that Ms. Seidler was available on May 8th. Despite all of this notice, plaintiff's counsel waited until the evening of Friday, May 4th to notify counsel that he had finally agreed to move this out-of-state deposition.

  The claim that I did not provide plaintiff's counsel with alternative dates is simply inaccurate. It is readily apparent that the reason plaintiff's counsel choose to wait until Friday evening before notifying defense counsel of

Respectfully submitted,

**Farrag Seidler**

by her attorneys,

   /s/ Michael Williams
K. Scott Griggs     (BBO# 555988)
Michael Williams (BBO# 634062)
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210-1736
Telephone: (617) 439-4990
Facsimile:  (617) 439-3987
MWilliams@Lawson-Weitzen.com

**CERTIFICATE OF SERVICE**

I hereby certify that this Document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 3, 2006.

   /s/ Michael Williams

---

his decision to move the deposition to Tuesday, May 8th was simply an effort to increase to inconvenience and costs to defense counsel.

2



# LATSHA DAVIS YOHE & MCKENNA, P.C.
### ATTORNEYS AT LAW

**1700 Bent Creek Boulevard, Suite 140**
**Mechanicsburg, PA 17050**
**(717) 620-2424**
**(717) 620-2444 (Fax)**

TO:       Michael Williams

FROM:     Glenn R. Davis

DATE:     May 4, 2007

FAX NO.:  (617) 439-3987

FILE NO.: 812-03

TOTAL PAGES SENT INCLUDING COVER PAGE:   2

MESSAGE:

## CONFIDENTIALITY NOTICE

The information in this transmission is intended only for the individual or entity named above. It may be legally privileged and confidential. If you have received this information in error, notify us immediately by calling our operator at the number set out below. Send the original transmission to us by mail. Return postage is guaranteed. If the reader of this message is not the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of this communication or its contents is strictly prohibited.

Please call Helen Samuels at (717) 620-2424 if this information is unclear or incomplete.

112126



# LATSHA DAVIS YOHE & McKENNA, P.C.
### ATTORNEYS AT LAW

PLEASE REPLY TO:  Mechanicsburg
WRITER'S E-MAIL:  gdavis@ldylaw.com

May 4, 2007

**VIA FACSIMILE AND FIRST-CLASS MAIL**
Michele Carlucci, Esq.
Wilson, Elser, Moskowitz,
Edelman & Dicker LLP
155 Federal Street
Boston, MA 02110-1727

James S. Hamrock, Esq.
Hamrock & Tocci
101 Main Street, 18th Floor
Cambridge, MA 02141

     Re:    Helen A. Runge v. Walter J. Kelly, et al.
            No. 05-10849-RGS
            Our File No. 812-03

Dear Counsel:

      Pursuant to the request of Mr. Williams and his representations that his client is available for deposition on Tuesday, May 8, rather than Wednesday, May 9, we have agreed with him to reschedule the deposition on that date. I apologize for the late notice of this matter, however, we did not receive any response to our April 13 request for dates of availability. If you have any questions or if we need to make arrangements for your participation by telephonic means, please contact me.

                              Very truly yours,

                              Glenn R. Davis

/hs
cc:   Michael Williams, Esq.

1700 Bent Creek Boulevard, Suite 140 • Mechanicsburg, PA 17050 • (717) 620-2424 • FAX (717) 620-2444
350 Eagleview Boulevard, Suite 100 • Exton, PA 19341 • (610) 524-8454 • FAX (610) 524-9383
3000 Atrium Way, Suite 251 • Mt. Laurel, NJ 08054 • (856) 231-5351 • FAX (856) 231-5341
Maryland Telephone: (410) 727-2810

115446

# LAWSON & WEITZEN, LLP
ATTORNEYS AT LAW

88 BLACK FALCON AVENUE, SUITE 345
BOSTON, MASSACHUSETTS 02210-2414

EVAN T. LAWSON
RICHARD B. WEITZEN *
PAMELA B. BANKERT
FRANK L. BRIDGES
IRA H. ZALEZNIK
JOHN J. WELTMAN ***
VALERIE L. PAWSON
GEORGE F. HAILER, PC +
GEORGE E. CHRISTODOULO, PC
KENNETH B. GOULD
JOSEPH FRIEDMAN
JOHN A. TENNARO, PC
WILLIAM F. COYNE, JR.
DAVID A. RICH *
DENNIS J. MANESIS ++
NATALIE A. KANELLIS †
PATRICIA L. FARNSWORTH
K. SCOTT GRIGGS

MICHAEL J. McDEVITT
STEVEN M. BUCKLEY
SONIA K. GUTERMAN, Ph.D.
J. MARK DICKISON **
CLARE B. BURHOE
ROBERT J. ROUGHSEDGE +++
RICHARD J. SULLIVAN, JR.
JOSEPH M. KERWIN
CAROLINE A. O'CONNELL *
MICHAEL WILLIAMS
KATHRYN E. PIECZARKA
DEAN J. HUTCHISON
SCOTT T. BUCKLEY
KRISTINA A. ENGBERG
C. KIMBERLY BAKEBERG
JAMES M. HENRY
ADAM M. SCHOEN

BOSTON
TELEPHONE (617) 439-4990
TELECOPIER (617) 439-3987
EMAIL: POST@LAWSON-WEITZEN.COM
WWW.LAWSON-WEITZEN.COM

CAPE COD
LAWSON, WEITZEN & BANKERT, LLP
SIX GRANITE STATE COURT
BREWSTER, MASSACHUSETTS 02631
TELEPHONE (508) 255-3600

MARLBOROUGH
LAWSON, WEITZEN & HAILER, LLP
171 LOCKE DRIVE, SUITE 101
MARLBOROUGH, MASSACHUSETTS 01752
TELEPHONE (508) 618-1025

April 25, 2007

**VIA FACSIMILE  (717) 620-2444**
Glenn R. Davis, Esq.
Latsha Davis Yohe and McKenna, P.C.
1700 Bent Creek Blvd., Suite 140
Mechanicsburg, PA 17050

Re:    *Runge v. Kelley, et al.*, 05-cv-10849-RGS

Dear Attorney Davis:

This letter concerns the deposition of Farrah Seidler. On Wednesday, April 18, 2007 you mailed a deposition subpoena to this office seeking to take the deposition of Ms. Seidler on May 9, 2007. My client has advised me that she is not available the week of May 7 through May 11.

Ms. Seidler suggest the following dates on which she is available:

   Wednesday, May 16
   Friday, May 18
   Wednesday, May 30

Please let me know if these work as alternatives.

Very truly yours,

Michael Williams

cc:    Farrah Seidler (by mail)
       Michele Carlucci, Esq. (617) 423-6917
       James S. Hamrock, Jr., Esq. (617) 496-1707

* ALSO ADMITTED IN NY
** ALSO ADMITTED IN NH
*** ALSO ADMITTED IN CA
+ ALSO ADMITTED IN DC
++ ALSO ADMITTED IN NJ & PA
+++ ALSO ADMITTED IN RI, CT, NH & ME
† ALSO ADMITTED IN NH & NY

```
*************** -COMM. JOURNAL- ******************* DATE APR-25-2007 ***** TIME 15:23 ********

       MODE = MEMORY TRANSMISSION              START=APR-25 15:19      END=APR-25 15:23

       FILE NO.=132

STN    COMM.    ONE-TOUCH/    STATION NAME/EMAIL ADDRESS/TELEPHONE NO.   PAGES       DURATION
NO.             ABBR NO.

001    OK       a             17176202444-74100340                       002/002     00:00:29
002    OK       a             6174961707-74100340                        002/002     00:00:28
003    OK       a             6174226917-74100340                        002/002     00:00:46


                                                              -LAWSON WEITZEN LLP         -

***** UF-7000 v2 ******************* -6174393987      - ***** -       6174393987- *********
```

# LAWSON & WEITZEN, LLP
ATTORNEYS AT LAW
88 BLACK FALCON AVENUE, SUITE 345
BOSTON, MASSACHUSETTS 02210-2414

| | | |
|---|---|---|
| EVAN T. LAWSON | MICHAEL J. McDEVITT | BOSTON |
| RICHARD B. WEITZEN* | STEVEN M. BUCKLEY | TELEPHONE (617) 439-4990 |
| PAMELA B. BANKERT | SONIA K. GUTERMAN, Ph.D | FACSIMILE (617) 439-3987 |
| FRANK L. BRIDGES | J. MARK DICKISON** | EMAIL:POST@LAWSON-WEITZEN.COM |
| IRA H. ZALEZNIK | CLARE B. BURHOE | |
| JOHN J. WELTMAN*** | ROBERT J. ROUGHSEDGE++++ | CAPE COD |
| VALERIE L. PAWSON | RICHARD J. SULLIVAN, JR. | LAWSON, WEITZEN & BANKERT, LLP |
| GEORGE F. HAILER+ | JOSEPH M. KERWIN | SIX GRANITE STATE COURT, BREWSTER, MA 02631 |
| GEORGE E. CHRISTODOULO, PC | CAROLINE A. O'CONNELL** | TELEPHONE (508) 255-3600 |
| KENNETH B. GOULD | MICHAEL WILLIAMS | FACSIMILE (508) 255.3976 |
| JOSEPH FRIEDMAN | KATHRYN E. PEICZARKA | |
| JOHN A. TENNARO | DEAN J. HUTCHISON | MARLBOROUGH |
| WILLIAM F. COYNE, JR. | SCOTT T. BUCKLEY | LAWSON, WEITZEN & HAILER, LLP |
| DAVID A. RICH* | KRISTINA A. ENGBERG | 171 LOCKE DRIVE, SUITE 101, MARLBOROUGH, MA 01752 |
| DENNIS J. MANESIS++ | C. KIMBERLY BAKEBERG | TELEPHONE (508) 616-1025 |
| NATALIE A. KANELLIS+++ | JAMES M. HENRY | |
| PATRICIA L. FARNSWORTH | ADAM M. SCHOEN | |
| K. SCOTT GRIGGS | | |

## FACSIMILE TRANSMISSION SHEET

DATE:        April 25, 2007                         C/M# 74100/340

TO:          Glenn R. Davis  (717) 620-2444
             James S. Hamrock, Jr., (617) 496-1707
             Michelle Carlucci  (617) 422-6917

FROM:        Michael Williams

No. of PAGES:   2

COMMENTS:    Runge v. Kelley, et al., 05-cv-10849-RGS

---

****CONFIDENTIALITY NOTICE****
THE DOCUMENT ACCOMPANYING THIS FACSIMILE TRANSMISSION SHEET CONTAINS INFORMATION WHICH IS CONFIDENTIAL OR PRIVILEGED. THE INFORMATION IS INTENDED SOLELY FOR THE USE OF THE INDIVIDUAL/ENTITY NAMED ABOVE. IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE BE AWARE THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR USE OF THE CONTENTS OF THIS FACSIMILE TRANSMISSION IS PROHIBITED. IF YOU RECEIVE THIS FAX IN ERROR, PLEASE NOTIFY US BY TELEPHONE IMMEDIATELY. TO ARRANGE FOR RETRIEVAL OF THE DOCUMENTS. THANK YOU

---

IF YOU EXPERIENCE ANY DIFFICULTY WITH THIS TRANSMISSION OR IF YOU DO NOT RECEIVE THE ENTIRE DOCUMENT, PLEASE CONTACT OUR OFFICE AT (617) 439-4990

    *       ALSO ADMITTED IN NY
    **      ALSO ADMITTED IN NH
    ***     ALSO ADMITTED IN CA
    +       ALSO ADMITTED IN DC
    ++      ALSO ADMITTED IN NJ and PA
    +++     ALSO ADMITTED IN NH & NY
    ++++    ALSO ADMITTED IN RI, CT, NH & ME

# LAWSON & WEITZEN, LLP

ATTORNEYS AT LAW
88 BLACK FALCON AVENUE, SUITE 345
BOSTON, MASSACHUSETTS 02210-2414

| | | |
|---|---|---|
| EVAN T. LAWSON<br>RICHARD B. WEITZEN*<br>PAMELA B. BANKERT<br>FRANK L. BRIDGES<br>IRA H. ZALEZNIK<br>JOHN J. WELTMAN***<br>VALERIE L. PAWSON<br>GEORGE F. HAILER+<br>GEORGE E. CHRISTODOULO, PC<br>KENNETH B. GOULD<br>JOSEPH FRIEDMAN<br>JOHN A. TENNARO<br>WILLIAM F. COYNE, JR.<br>DAVID A. RICH*<br>DENNIS J. MANESIS++<br>NATALIE A. KANELLIS+++<br>PATRICIA L. FARNSWORTH<br>K. SCOTT GRIGGS | MICHAEL J. McDEVITT<br>STEVEN M. BUCKLEY<br>SONIA K. GUTERMAN, Ph.D<br>J. MARK DICKISON**<br>CLARE B. BURHOE<br>ROBERT J. ROUGHSEDGE++++<br>RICHARD J. SULLIVAN, JR.<br>JOSEPH M. KERWIN<br>CAROLINE A. O'CONNELL*<br>MICHAEL WILLIAMS<br>KATHRYN E. PEICZARKA<br>DEAN J. HUTCHISON<br>SCOTT T. BUCKLEY<br>KRISTINA A. ENGBERG<br>C. KIMBERLY BAKEBERG<br>JAMES M. HENRY<br>ADAM M. SCHOEN | BOSTON<br>TELEPHONE (617) 439-4990<br>FACSIMILE (617)439-3987<br>EMAIL:POST@LAWSON-WEITZEN.COM<br>———<br>CAPE COD<br>LAWSON, WEITZEN & BANKERT, LLP<br>SIX GRANITE STATE COURT, BREWSTER, MA 02631<br>TELEPHONE (508) 255-3600<br>FACSIMILE (508) 255.3976<br>———<br>MARLBOROUGH<br>LAWSON, WEITZEN & HAILER, LLP<br>171 LOCKE DRIVE, SUITE 101, MARLBOROUGH, MA 01752<br>TELEPHONE (508) 618-1025 |

## *FACSIMILE TRANSMISSION SHEET*

DATE:           April 27, 2007                                      C/M# 74100/340

TO:             Glenn R. Davis  (717) 620-2444
                Blake J. Godbout  (617) 227-3709
                James S. Hamrock, Jr., (617) 496-1707
                George C. Rockas  (617) 423-6917

FROM:           Michael Williams

No. of PAGES:   **1**

COMMENTS:       Runge v. Kelley, et al., 05-cv-10849-RGS

Attorney Davis:

As it is now past 5:00 P.M. on Friday and you have not yet contacted me to inform me whether or not you would be able to take Ms. Seidler's deposition on Tuesday, May 1, I have informed Ms. Seilder that we will not proceed with her deposition on that date.

Ms. Seidler has agreed to rearrange her schedule and will be available on May 8th. But she cannot appear before 10:30 A.M. on that day. I have contacted Attorneys Carlucci and Hamrock and they are both agreeable to proceeding with the deposition of Ms. Seidler on Tuesday, May 8th.

As you previously indicated that you were available for a deposition on May 9th, I assume this means you would be available for a deposition of Ms. Zolin if her deposition were rescheduled for that date.

Michael Williams

IF YOU EXPERIENCE ANY DIFFICULTY WITH THIS TRANSMISSION OR IF YOU DO NOT RECEIVE THE ENTIRE DOCUMENT, PLEASE CONTACT OUR OFFICE AT (617) 439-4990

              *      ALSO ADMITTED IN NY
              **     ALSO ADMITTED IN NH
              ***    ALSO ADMITTED IN CA
              +      ALSO ADMITTED IN DC
              ++     ALSO ADMITTED IN NJ and PA
              +++    ALSO ADMITTED IN NH & NY
              ++++   ALSO ADMITTED IN RI, CT, NH & ME

```
*************** -COMM. JOURNAL- ******************* DATE APR-27-2007 ***** TIME 17:09 ********

   MODE = MEMORY TRANSMISSION           START=APR-27 17:06    END=APR-27 17:09

      FILE NO.=154

 STN   COMM.   ONE-TOUCH/   STATION NAME/EMAIL ADDRESS/TELEPHONE NO.   PAGES     DURATION
 NO.           ABBR NO.

 001    OK       a          17176202444-74100340                       001/001   00:00:20
 002    OK       a          6172273709-74100340                        001/001   00:00:16
 003    OK       a          6174961707-74100340                        001/001   00:00:19
 004    OK       a          6174236917-74100340                        001/001   00:00:17


                                                  -LAWSON WEITZEN LLP          -

 ***** UF-7000 v2 ******************* -6174393987     - ***** -    6174393987- *********
```

# LAWSON & WEITZEN, LLP
ATTORNEYS AT LAW
88 BLACK FALCON AVENUE, SUITE 345
BOSTON, MASSACHUSETTS 02210-2414

EVAN T. LAWSON
RICHARD B. WEITZEN*
PAMELA B. BANKERT
FRANK L. BRIDGES
IRA H. ZALEZNIK
JOHN J. WELTMAN***
VALERIE L. PAWSON
GEORGE F. HAILER+
GEORGE E. CHRISTODOULO, PC
KENNETH B. GOULD
JOSEPH FRIEDMAN
JOHN A. TENNARO
WILLIAM F. COYNE, JR.
DAVID A. RICH*
DENNIS J. MANESIS++
NATALIE A. KANELLIS***
PATRICIA L. FARNSWORTH
K. SCOTT GRIGGS

MICHAEL J. McDEVITT
STEVEN M. BUCKLEY
SONIA K. GUTERMAN, Ph.D
J. MARK DICKISON**
CLARE B. BURHOE
ROBERT J. ROUGHSEDGE++++
RICHARD J. SULLIVAN, JR.
JOSEPH M. KERWIN
CAROLINE A. O'CONNELL*
MICHAEL WILLIAMS
KATHRYN C. PEICZARKA
DEAN J. HUTCHISON
SCOTT T. BUCKLEY
KRISTINA A. ENGBERG
C. KIMBERLY BAKEBERG
JAMES M. HENRY
ADAM M. SCHOEN

BOSTON
TELEPHONE (617) 439-4990
FACSIMILE (617) 439-3987
EMAIL:POST@LAWSON-WEITZEN.COM

CAPE COD
LAWSON, WEITZEN & BANKERT, LLP
SIX GRANITE STATE COURT, BREWSTER, MA 02631
TELEPHONE (508) 255-3600
FACSIMILE (508) 255.3976

MARLBOROUGH
LAWSON, WEITZEN & HAILER, LLP
171 LOCKE DRIVE, SUITE 101, MARLBOROUGH, MA 01752
TELEPHONE (508) 618-1025

## FACSIMILE TRANSMISSION SHEET

DATE:      April 27, 2007                          C/M# 74100/340

TO:        Glenn R. Davis  (717) 620-2444
           Blake J. Godbout  (617) 227-3709
           James S. Hamrock, Jr.,  (617) 496-1707
           George C. Rockas  (617) 423-6917

FROM:      Michael Williams

No. of PAGES:   1

COMMENTS:  Runge v. Kelley, et al., 05-cv-10849-RGS

Attorney Davis:

As it is now past 5:00 P.M. on Friday and you have not yet contacted me to inform me whether or not you would be able to take Ms. Seidler's deposition on Tuesday, May 1, I have informed Ms. Seilder that we will not proceed with her deposition on that date.

Ms. Seidler has agreed to rearrange her schedule and will be available on May 8th. But she cannot appear before 10:30 A.M. on that day. I have contacted Attorneys Carlucci and Hamrock and they are both agreeable to proceeding with the deposition of Ms. Seidler on Tuesday, May 8th.

As you previously indicated that you were available for a deposition on May 9th, I assume this means you would be available for a deposition of Ms. Zolin if her deposition were rescheduled for that date.

Michael Williams

IF YOU EXPERIENCE ANY DIFFICULTY WITH THIS TRANSMISSION OR IF YOU DO NOT RECEIVE THE ENTIRE DOCUMENT, PLEASE CONTACT OUR OFFICE AT (617) 439-4990

* ALSO ADMITTED IN NY
- ALSO ADMITTED IN NH
= ALSO ADMITTED IN CA
+ ALSO ADMITTED IN DC
++ ALSO ADMITTED IN NJ and PA
+++ ALSO ADMITTED IN NH & NY
++++ ALSO ADMITTED IN RI, CT, NH & ME