UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EASTERN DIVISION

No. 05-10849RGS

HELEN RUNGE,
                Plaintiff

v.

WALTER J. KELLY,
KERRY L. BLOOMINGDALE, M.D., and
SUNBRIDGE NURSING AND
REHABILITATION CENTER,
                Defendants

## NOTICE OF CHANGE OF ADDRESS

Please note that as of September 1, 2007 counsel for the above-referenced defendant(s), will be relocating to the following address:

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
260 Franklin Street, 14th Floor
Boston, MA 02110-3112
Telephone: (617) 422-5300
Facsimile: (617) 423-6917

Dated: August 28, 2007

The Defendant,

Walter J. Kelly,
By his attorneys,

*s/ Michele Carlucci*
George C. Rockas, BBO #544009
Michele Carlucci, BBO #655211
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
155 Federal Street
Boston, MA 02110
(617) 422-5400

90143.1

## **CERTIFICATE OF SERVICE**

      I, Michele Carlucci, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the NEF on August 28, 2007.

                                                       /s/ Michele Carlucci
                                                       Michele Carlucci

90143.1