IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DOROTHY STANLEY, AS EXECUTRIX OF THE ESTATE OF HELEN A. RUNGE, Plaintiff | : : : |
| v. | : No. 05-10849-RGS : (Judge Stearns) : |
| WALTER J. KELLY, et al. Defendants | : CIVIL ACTION : JURY TRIAL DEMANDED |

**PLAINTIFF'S NOTIFICATION OF STATE COURT'S
MEDICAL MALPRACTICE TRIBUNAL'S FINDINGS
AS TO DEFENDANTS SUNBRIDGE AND BLOOMINGDALE**

Plaintiff hereby notifies this Honorable Court that the findings of the Medical Malpractice Tribunal, which was convened for review of the malpractice actions in this matter against Defendants Sunbridge and Bloomingdale, are that Plaintiff's evidence if properly substantiated is sufficient to raise a legitimate question of liability appropriate for judicial inquiry. See the Findings as to Defendants Sunbridge and Bloomingdale attached as Exhibit A.

Respectfully submitted,

LATSHA DAVIS YOHE & MCKENNA, P.C.

Dated: September 19, 2007        By   /s/ Glenn R. Davis
                                      Glenn R. Davis
                                      1700 Bent Creek Boulevard, Ste 140
                                      Mechanicsburg, PA 17050
                                      (717) 620-2424
                                      gdavis@ldylaw.com
                                      *Pro Hac Vice*

                                      Blake J. Godbout, BBO #196380
                                      BLAKE J. GODBOUT & ASSOCIATES
                                      33 Broad Street, 11th Floor
                                      Boston, MA 02109
                                      (617) 523-6677
                             Attorneys for Plaintiff, Dorothy Stanley, Executrix of
                             the Estate of Helen A. Runge

118193

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served upon the attorney of record for each party by electronic transmission.

    James S. Hamrock, Jr.
    Hamrock & Tocci
    101 Main Street, 18th Floor
    Cambridge, MA 02142
    jhamrock@htclaw.com

    Michele Carlucci
    George S. Rockas
    Wilson Elser Moskowitz Edelman & Dicker LLP
    155 Federal Street
    Boston, MA 02110
    michele.carlucci@wilsonelser.com
    george.rockas@wilsonelser.com

    Michael Williams
    Lawson & Weitzen, LLP
    88 Black Falcon Avenue, Suite 145
    Boston, MA 02210-1736
    mwilliams@lawson-weitzen.com

Dated: September 19, 2007        By   /s/ Glenn R. Davis
                                                 Glenn R. Davis

118193

Commonwealth of Massachusetts
County of Suffolk
The Superior Court

CIVIL DOCKET# SUCV2005-04934

Helen A Runge
vs.
Kerry L Bloomingdale MD

## FINDING OF THE MEDICAL MALPRACTICE TRIBUNAL
(Pursuant to M.G.L. Chapter 231, Section 60(b) as amended)

The above entitled action came on for hearing before the appointed medical tribunal on 09/07/2007, and was argued by counsel, and thereupon, upon consideration thereof, the plaintiff(s) offer of proof, pleadings, hospital records and other documents presented, the tribunal finds:

*(1) For the plaintiff(s) _Helen Runge_ and that the evidence presented if properly substantiated is sufficient to raise a legitimate question of liability appropriate for judicial inquiry.

*(2) For defendant(s) _____ because the plaintiff(s) _____ action is merely an unfortunate medical result.

If a finding is made for the defendant or defendants in the above entitled action **the plaintiff may pursue the claim through the usual judicial process only upon filing bond in the amount of Six Thousand ($6,000.00) Dollars in the aggregate** secured by cash or its equivalent with the Clerk/Magistrate of this court, payable to the defendant or defendants in said action for costs assessed, including witness and expert fees and attorneys fees if the plaintiff(s) does/do not prevail in the final judgment. The presiding justice may, within his/her discretion, increase the amount of the bond required to be filed. **If said bond is not posted within thirty (30) days of the tribunal's finding the action shall be dismissed.** Upon motion filed by the plaintiff(s), and a determination by the court that the plaintiff(s) is/are indigent said justice may reduce the amount of the bond but may not eliminate the requirement thereof.

Dated: **09/07/2007**

Justice of the Superior Court

Legal Member:

Medical Member:

**\*strike inapplicable words**

Notice sent: 09/11/07
G.R.D.
L,D.Y.&M.PC
K.S.G.
R.J.R.
M.W.
L.&W.
J.S.H.Jr.
H.&T.
G.C.R.
M.C.
W.E.M.E.&D.LLP
B.J.G.
B.J.G.& ASSOC.

(md)

_____
Associate Justice of the Superior Court Dept.

_____
Attorney - Tribunal Member

_____
*Physician - Tribunal Member

*Health Care Provider - Tribunal Member

cm

Commonwealth of Massachusetts
County of Suffolk
The Superior Court

CIVIL DOCKET# SUCV2005-04934

Helen A Runge
vs.
Sunbridge Nursing and Rehabilitation Center

## FINDING OF THE MEDICAL MALPRACTICE TRIBUNAL
(Pursuant to M.G.L. Chapter 231, Section 60(b) as amended)

The above entitled action came on for hearing before the appointed medical tribunal on 09/07/2007, and was argued by counsel, and thereupon, upon consideration thereof, the plaintiff(s) offer of proof, pleadings, hospital records and other documents presented, the tribunal finds:

*(1) For the plaintiff(s) __Helen Runge__ and that the evidence presented if properly substantiated is sufficient to raise a legitimate question of liability appropriate for judicial inquiry.

*(2) For defendant(s) _____ because the plaintiff(s) _____ action is merely an unfortunate medical result.

If a finding is made for the defendant or defendants in the above entitled action **the plaintiff may pursue the claim through the usual judicial process only upon filing bond in the amount of Six Thousand ($6,000.00) Dollars in the aggregate** secured by cash or its equivalent with the Clerk/Magistrate of this court, payable to the defendant or defendants in said action for costs assessed, including witness and expert fees and attorneys fees if the plaintiff(s) does/do not prevail in the final judgment. The presiding justice may, within his/her discretion, increase the amount of the bond required to be filed. **If said bond is not posted within thirty (30) days of the tribunal's finding the action shall be dismissed.** Upon motion filed by the plaintiff(s), and a determination by the court that the plaintiff(s) is/are indigent said justice may reduce the amount of the bond but may not eliminate the requirement thereof.

Dated: **09/07/2007**

Justice of the Superior Court

Legal Member:

Medical Member:

*strike inapplicable words

Notice sent: 09/11/07
G.R.D.
L.D.Y.&M.PC
K.S.G.
R.J.R.
M.W.
L.&W.
J.S.H.Jr.
H.&T.
G.C.R.
M.C.
W.E.M.E.&D.LLP
B.J.G.
B.J.G.&ASSOC.
(md)

_____
Associate Justice of the Superior Court Dept.

_____
Attorney - Tribunal Member

_____
*Physician - Tribunal Member
*Health Care Provider - Tribunal Member

cm