

Commonwealth of Massachusetts
Board of Registration in Medicine
560 HARRISON AVENUE
Boston, Massachusetts

617/727-3086

RUSSELL J. ROWELL, M.D.
Chairman

BARBARA NEUMAN
Executive Director

05 10849

RGS

MEDICAL MALPRACTICE TRIBUNAL FINDING TRANSMITTAL
TO THE BOARD OF REGISTRATION IN MEDICINE

Case Name: HELEN A. RUNGE    VS.    WALTER J. KELLY; KERRY L. BLOOMINGDALE, SUNBRIDGE NURSING & REHABILITATION CENTER

Docket Number: 05-4934

County: SUFFOLK

Court Name and Address: SUFFOLK SUPERIOR COURT (CIVIL)
THREE PEMBERTON SQUARE, 12TH FLOOR
BOSTON, MA 02108

Clerk: ELAINE LOMBARDI    (Troy, J.)

Date Report Sent: September 11, 2007    (md)

This transmittal sheet is not complete until certified copies of the medical malpractice case complaint and tribunal finding are attached.

Massachusetts General Laws, Chapter 231, s. 22
"Whenever the tribunal makes a finding, the clerk of the court shall, no later than fifteen days after such finding, send a copy of the complaint and finding to the board of registration in medicine."

Commonwealth of Massachusetts
County of Suffolk
The Superior Court

CIVIL DOCKET# SUCV2005-04934

Helen A Runge
vs.
Kerry L Bloomingdale MD

FINDING OF THE MEDICAL MALPRACTICE TRIBUNAL
(Pursuant to M.G.L. Chapter 231, Section 60(b) as amended)

The above entitled action came on for hearing before the appointed medical tribunal on **09/07/2007**, and was argued by counsel, and thereupon, upon consideration thereof, the plaintiff(s) offer of proof, pleadings, hospital records and other documents presented, the tribunal finds:

*(1) For the plaintiff(s) _Helen Runge_ and that the evidence presented if properly substantiated is sufficient to raise a legitimate question of liability appropriate for judicial inquiry.

*(2) For defendant(s) _____ because the plaintiff(s)_____ action is merely an unfortunate medical result.

If a finding is made for the defendant or defendants in the above entitled action **the plaintiff may pursue the claim through the usual judicial process only upon filing bond in the amount of Six Thousand ($6,000.00) Dollars in the aggregate** secured by cash or its equivalent with the Clerk/Magistrate of this court, payable to the defendant or defendants in said action for costs assessed, including witness and expert fees and attorneys fees if the plaintiff(s) does/do not prevail in the final judgment. The presiding justice may, within his/her discretion, increase the amount of the bond required to be filed. **If said bond is not posted within thirty (30) days of the tribunal's finding the action shall be dismissed.** Upon motion filed by the plaintiff(s), and a determination by the court that the plaintiff(s) is/are indigent said justice may reduce the amount of the bond but may not eliminate the requirement thereof.

Notice sent: 09/11/07
G.R.D.
Dated: **09/07/2007**
L.D.Y.&M.PC
K.S.G.
Justice of the Superior Court       R.J.R.
M.W.                                 Associate Justice of the Superior Court Dept.
L.&W.
Legal Member:                       J.S.H.Jr.
H.&T.                               Attorney - Tribunal Member
G.C.R.
Medical Member:                     M.C.
W.E.M.E.&D.LLP
                                     *Physician - Tribunal Member
B.J.G.
B.J.G.& ASSOC.                      *Health Care Provider - Tribunal Member

*strike inapplicable words          I HEREBY ATTEST AND CERTIFY ON
(md)                                9-12-07 THAT THE
cm                                  FOREGOING DOCUMENT IS A FULL,
                                    TRUE AND CORRECT COPY OF THE
                                    ORIGINAL ON FILE IN MY OFFICE,
                                    AND IN MY LEGAL CUSTODY.

                                    MICHAEL JOSEPH DONOVAN
                                    CLERK / MAGISTRATE
                                    SUFFOLK SUPERIOR CIVIL COURT
                                    DEPARTMENT OF THE TRIAL COURT

**Commonwealth of Massachusetts**
**County of Suffolk**
**The Superior Court**

9-11 ✓

*Notifi*

CIVIL DOCKET# SUCV2005-04934

**Helen A Runge**
vs.
**Sunbridge Nursing and Rehabilitation Center**

### FINDING OF THE MEDICAL MALPRACTICE TRIBUNAL
(Pursuant to M.G.L. Chapter 231, Section 60(b) as amended)

The above entitled action came on for hearing before the appointed medical tribunal on **09/07/2007**, and was argued by counsel, and thereupon, upon consideration thereof, the plaintiff(s) offer of proof, pleadings, hospital records and other documents presented, the tribunal finds:

*(1) For the plaintiff(s) ___Helen Runge___ and that the evidence presented if properly substantiated is sufficient to raise a legitimate question of liability appropriate for judicial inquiry.

*(2) For defendant(s) _____ because the plaintiff(s) _____ action is merely an unfortunate medical result.

If a finding is made for the defendant or defendants in the above entitled action **the plaintiff may pursue the claim through the usual judicial process only upon filing bond in the amount of Six Thousand ($6,000.00) Dollars in the aggregate** secured by cash or its equivalent with the Clerk/Magistrate of this court, payable to the defendant or defendants in said action for costs assessed, including witness and expert fees and attorneys fees if the plaintiff(s) does/do not prevail in the final judgment. The presiding justice may, within his/her discretion, increase the amount of the bond required to be filed. **If said bond is not posted within thirty (30) days of the tribunal's finding the action shall be dismissed**. Upon motion filed by the plaintiff(s), and a determination by the court that the plaintiff(s) is/are indigent said justice may reduce the amount of the bond but may not eliminate the requirement thereof.

Notice sent: 09/11/07

Dated: **09/07/2007**

Justice of the Superior Court

G.R.D.
L&D.Y.&M.PC
K.S.G.
R.J.R.
M.W.
L.&W.
J.S.H.Jr.
H.&T.
G.C.R.
M.C.
W.E.M.E.&D.LLP
B.J.G.
B.J.G.&ASSOC.

(md)

_____
Associate Justice of the Superior Court Dept.

Legal Member: _____
Attorney - Tribunal Member

Medical Member: _____
*Physician - Tribunal Member
*Health Care Provider - Tribunal Member

*strike inapplicable words

cm

I HEREBY ATTEST AND CERTIFY ON
__9-12-07__ THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY _____