## UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

**HELEN RUNGE (Dorothy Stanley, Executrix of Estate of Helen Runge)**

       **V.**                             **CIVIL ACTION NO. 05-10849-RGS**

**WALTER J. KELLY, ET AL**

<u>ORDER SETTING CIVIL CASE FOR JURY TRIAL</u>

**STEARNS, DJ.**

THE ABOVE-CAPTIONED ACTION IS HEREBY SET FOR JURY TRIAL ON <u>MONDAY, FEBRUARY 11, 2008</u> AT 9:00 A.M. IN COURTROOM #21, , 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.

ON OR BEFORE FEBRUARY 4, 2008, COUNSEL SHALL FILE THE FOLLOWING MATERIALS WITH THE COURT:

    **1.** Any stipulated or admitted facts in a form suitable for presentation to the Court or jury;

    **2.** A list of prospective witnesses, including names, city or town of residence, or business institutional address;

    **3.** An identification by inclusive page and lines of any portions of depositions or interrogatory responses to be offered at trial, and a <u>precise</u> statement of any objections thereto;

    **4.** A "Joint List of Exhibits" as to which there is NO objection, <u>IDENTIFIED AND MARKED BY A SINGLE SEQUENCE OF NUMBERS</u>, regardless of which party is the proponent of an exhibit (such exhibits are deemed <u>ADMITTED</u> and need NOT be independently offered at trial;

    **5.** A "List of Exhibits to be Offered at Trial", as to which a party reserves the right to object, <u>IDENTIFIED AND MARKED BY A SINGLE SEQUENCE OF CAPITAL LETTERS,</u> regardless of which party is the proponent of an exhibit;

    **6.** Motions in Limine or other requests regarding foreseeable disputes concerning evidentiary issues, including authority for the ruling requested;

    **7.** A <u>TRIAL MEMORANDUM</u> addressing those items as to which there are foreseeable disputes concerning issues of law;

    **8.** An informed estimate of the probable length of the trial, based on a trial schedule of 9:00 A.M. to 1:00 P.M. daily. In any case exceeding one week's duration, the Court will impose time limits on the parties which will be STRICTLY ENFORCED;

    **9.** In cases to be tried by a jury:
        **A.** REQUESTS FOR INSTRUCTIONS WITH CITATION TO SUPPORTING AUTHORITY;

  B.  ANY PROPOSED OR SPECIAL VERDICT QUESTIONS;
  C.  ANY PROPOSED QUESTIONS FOR THE <u>VOIR DIRE</u> EXAMINATION;
  D.  A <u>SUCCINCT AND NEUTRAL</u> STATEMENT SUMMARIZING THE PRINCIPAL CLAIMS AND DEFENSES OF THE PARTIES TO BE READ TO THE VENIRE DURING EMPANELMENT.

10. All trial exhibits <u>must</u> be reclaimed by the end of the first business day following the day of the verdict.  This policy is <u>strictly enforced by the Court</u> as there is no space at the Courthouse to store exhibits after a trial has ended. Exhibits not reclaimed by counsel will be discarded.

11.  A <u>FINAL PRE-TRIAL CONFERENCE</u> will be held by the Court on <u>THURSDAY, FEBRUARY 7, 2008</u> at <u>3:15 P.M.</u>

  SO ORDERED.

           **RICHARD G. STEARNS**
           **UNITED STATES DISTRICT JUDGE**

   **BY:**
       /s/ Mary  H. Johnson
      _____
         **Deputy Clerk**

**DATED AT BOSTON:  10-12-07**

**NOTE TO COUNSEL:   IF THE ABOVE CASE SHOULD SETTLE, COUNSEL ARE INSTRUCTED TO CONTACT THE COURTROOM CLERK, MARY JOHNSON, IMMEDIATELY AT 617-748-9162.**