UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EASTERN DIVISION

No. 05-10849RGS

| HELEN RUNGE, |
| Plaintiff |
| |
| v. |
| |
| WALTER J. KELLY, |
| KERRY L. BLOOMINGDALE, M.D., and |
| SUNBRIDGE NURSING AND |
| REHABILITATION CENTER, |
| Defendants |

**DEFENDANT WALTER J. KELLY'S MOTION TO DISMISS**
**COUNT XIV (ABUSE OF PROCESS)**

NOW COMES the Defendant, Walter J. Kelly, ("Kelly"), pursuant to Fed. R. Civ. P. 12(b)(6), and moves this Court to Dismiss Count XIV (Abuse of Process) of Plaintiff's Second Amended Complaint for failure to state a claim for which relief can be granted. As a matter of law, a claim for abuse of process does not survive the death of the plaintiff. As further grounds in support of this motion, Defendant submits the accompanying memorandum.

WHEREFORE, the Defendant, Walter J. Kelly, requests that this Honorable Court grant his motion to dismiss Counts XIV Plaintiff's Second Amended Complaint.

1

108664.1

Respectfully submitted,

The Defendant,
Walter J. Kelly,
By his attorneys,

    *s/ Michele Carlucci*
George C. Rockas, BBO #544009
Michele Carlucci, BBO #655211
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER  LLP
260 Franklin Street
Boston, MA 02110
(617) 422-5300

Dated:  January 22, 2008

## CERTIFICATE OF SERVICE

    I, Michele Carlucci, certify that on January 22, 2008  I have served a copy of the forgoing to all counsel of record by first class mail and by electronic filing:

James S. Hamrock, Esq.
Hamrock & Tocci
101 Main Street, 18th Floor
Cambridge, MA 02142

Blake J. Godbout, Esq.
Blake J. Godbout & Associates
33 Broad Street, 11th Floor
Boston, MA 02109

Glen R. Davis, Esq.
Latsha Davis Yohe & McKenna, P.C.
1700 Bent Creek Boulevard, Suite 140
Mechanicsburg, PA 17050

Robert J. Roughsedge, Esq.
Michael Williams, Esq.
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210-2414

    *s/ Michele Carlucci*
    Michele Carlucci

108664.1