## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

EASTERN DIVISION

No. 05-10849RGS

| |
|---|
| DOROTHY STANLEY, EXECUTRIX OF THE ESTATE OF HELEN A. RUNGE, <br>                             Plaintiff <br><br> v. <br><br> WALTER J. KELLY, <br> KERRY L. BLOOMINGDALE, M.D., and <br> SUNBRIDGE NURSING AND <br> REHABILITATION CENTER, <br>                             Defendants |

## MOTION IN LIMINE TO PRECLUDE ANY EVIDENCE OF THE SETTLEMENT OF THE PROBATE MATTER

NOW COMES the Defendant, Walter J. Kelly, and moves this honorable Court to preclude any evidence of the settlement of the underlying Probate Court matter, *In re the Guardianship of Helen Runge*, Norfolk Probate and Family Court Dept. No. 03 P1104 GI. In support of this motion, the Defendant submits the accompanying Memorandum.

WHEREFORE, Defendant respectfully requests that this Honorable Court preclude any evidence of the settlement of the underlying Probate Court matter.

Respectfully submitted,

The Defendant, Walter J. Kelly,
By his attorneys,
    *s/ Michele Carlucci*
George C. Rockas, BBO #544009
Michele Carlucci, BBO #655211
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER  LLP
260 Franklin Street
Boston, MA 02110
(617) 422-5300

1

109169.1

## **CERTIFICATE OF SERVICE**

I, Michele Carlucci, certify that on January 29, 2008 I have served a copy of the foregoing by electronic filing.

>                                                  */s/ Michele Carlucci*
>                                                    Michele Carlucci

109169.1