UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL DOCKET NO: 05-CV-10849 (RGS)

*******************************************

DOROTHY STANLEY, AS EXECUTRIX OF  \*
THE ESTATE OF HELEN RUNGE          \*
                                   \*
          PLAINTIFF                \*
vs.                                \*
                                   \*
WALTER J. KELLY,                   \*
KERRY L. BLOOMINGDALE, M.D.,       \*
AND SUNBRIDG NURSING AND           \*
REHABILITATION CENTER              \*
                                   \*
          DEFENDANTS               \*

*******************************************

## STIPULATION OF DISMISSAL AS TO DEFENDANT, KERRY BLOOMINGDALE, M.D.

Now comes the plaintiff and stipulates pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that the above-entitled lawsuit, as to Defendant Kerry Bloomingdale, M.D. only, be dismissed, with prejudice, and without costs. The plaintiff further states that no settlement payment was made on behalf of Dr. Bloomingdale to bring about this Stipulation.

Respectfully submitted,

For the plaintiff,
Dorothy Stanley, as Executrix of the Estate
of Helen Runge
By her attorneys,

/s/ Glenn R. Davis
Glenn R. Davis, Esquire
Latsha Davis Yohe & McKenna, PC
1700 Bent Creek Blvd., Suite 140
Mechanicsburg, PA 17050
(717) 620-2424
*Pro Hac Vice*

121063

For the defendant,
Walter J. Kelly
By his attorney,

/s/ *George C. Rockas*
George C. Rockas, Esquire
BBO#: 544009
Wilson, Elser, Moskowitz, Edelman
& Dicker, LLP
260 Franklin Street, 14th Floor
Boston, MA 02110


For the defendant,
Kerry Bloomingdale, M.D.
By his attorney,

/s/ *James S. Hamrock, Jr.*
James S. Hamrock, Jr., Esquire
BBO # 219400
Hamrock & Tocci
101 Main Street
Cambridge, MA 02142
(617) 496-5370


For the defendant,
Mediplex of Massachusetts, Inc. d/b/a
Sunbridge Care and Rehabilitation
for Randolph
By its attorney,

/s/ *Michael Williams*
Michael Williams, Esquire
BBO#: 634062
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210-1736