UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EASTERN DIVISION

No. 05-10849RGS

DOROTHY STANLEY, EXECUTRIX OF THE
ESTATE OF HELEN A. RUNGE,
                         Plaintiff

v.

WALTER J. KELLY,
KERRY L. BLOOMINGDALE, M.D., and
SUNBRIDGE NURSING AND
REHABILITATION CENTER,
                         Defendants

## MOTION IN LIMINE TO PRECLUDE TESTIMONY REGARDING KELLY'S ATTEMPTED COMMUNICATIONS WITH ATTORNEY KERR

      NOW COMES the Defendant, Walter J. Kelly, and moves this honorable Court to preclude testimony related to Kelly's attempt to contact Attorney Peter Kerr following the filing of this suit. In support of this motion, the Defendant submits the accompanying Memorandum.

      WHEREFORE, Defendant respectfully requests that this Honorable Court preclude any evidence of Walter Kelly's attempt to contact Attorney Kerr.

                                        Respectfully submitted,

                                        The Defendant, Walter J. Kelly,
                                        By his attorneys,
                                          *s/ Michele Carlucci*
                                        George C. Rockas, BBO #544009
                                        Michele Carlucci, BBO #655211
                                        WILSON ELSER MOSKOWITZ
                                        EDELMAN & DICKER  LLP
                                        260 Franklin Street
                                        Boston, MA 02110
                                        (617) 422-5300

1

109248.1

## **CERTIFICATE OF SERVICE**

I, Michele Carlucci, certify that on January 30, 2008 I have served a copy of the foregoing by electronic filing.

                                              */s/ Michele Carlucci*
                                              Michele Carlucci

109248.1