UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

__Helen Runge__
            Plaintiff(s)

                                V.                          CIVIL NO. 05-10849-RGS

__Walter J. Kelly, et al.__
            Defendant(s)

## NOTICE AND ORDER

__Bowler, U.S.M.J.__

PLEASE TAKE NOTICE that the above-entitled case has been set for __a mediation hearing__ on __5/12/2008__ at __10:00__ A.M. before Magistrate Judge __Marianne B. Bowler__ in Courtroom # __25__.

It is further ORDERED that all PARTIES and trial counsel are REQUIRED to attend and must have full binding settlement authority. Leave of court is REQUIRED for any exceptions. All confidential mediation briefs are to be submitted to the court VIA FACSIMILE at (617) 204-5833 at least TWO BUSINESS DAYS prior to the hearing.

SARAH A. THORNTON,
CLERK OF COURT

4/3/2008                           /s/ Marc K. Duffy
Date                               Deputy Clerk

(ADR NOTICE (Runge).wpd - 3/7/2005)