**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
|   Helen Runge, et al.   <br> Plaintiff(s) | |
| V. | CIVIL ACTION NO. 05-10849-RGS |
|   Walter Kelly, et al.   <br> Defendant(s) | |

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE    Stearns   

[ ]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]    On   5/12/2008   I held the following ADR proceeding:

    _____    SCREENING CONFERENCE    _____  EARLY NEUTRAL EVALUATION
    \_\_\_X\_\_\_    MEDIATION    _____  SUMMARY BENCH / JURY TRIAL
    _____    MINI-TRIAL    _____  SETTLEMENT CONFERENCE

All parties were represented by counsel [except _____]

The parties were / were not present in person or by authorized corporate officer [except _____].

The case was:

[ ]    Settled. Your clerk should enter a _____ day order of dismissal.

[ ]    There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[X]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:

| | |
|---|---|
|   5/12/2008   <br> DATE | Marianne B. Bowler, USMJ <br> ADR Provider |

(ADR Report (Runge).wpd - 4/12/2000)                            [adrrpt.]