UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOROTHY STANLEY, as Executrix of the
ESTATE of HELEN RUNGE,

    *Plaintiff,*

v.

WALTER J. KELLEY; KERRY L.
BLOOMINGDALE, M.D.; and
SUNBRIDGE NURSING AND
REHABILITATION CENTER,

    *Defendants.*

Civil Action No. 05-10849-RGS

**DEFENDANT KELLY'S MOTION IN LIMINE TO EXCLUDE
THE FOLLOWING OUT OF COURT STATEMENTS OF HELEN RUNGE: 1)
DEPOSITION DATED 1/16/04; 2) AFFIDAVIT; 3) INTERROGATORY ANSWERS;
AND 4) WRITTEN STATEMENT AND TESTIMONY BASED ON THE ORAL
STATEMENTS OF HELEN RUNGE**

    NOW COMES the Defendant Walter Kelly and moves this Honorable Court to exclude from trial the following out of court statement of Helen Runge: 1) deposition dated 1/16/04; 2) affidavit; 3) interrogatory answers; and 4) written statement. Defendant also seeks to exclude testimony based on the oral statements of Helen Runge.

    WHEREFORE, this Court should preclude the Plaintiff from offering the out-of-court statements of Helen Runge into evidence as inadmissible under Rule 801 and 802 of the Federal Rules of Evidence.

122079.1

        Respectfully submitted,

        The Defendant, Walter J. Kelly,

        By his attorneys,

        *s/ Michele Carlucci*
George C. Rockas, BBO #544009
Michele Carlucci, BBO #655211
WILSON ELSER LLP
260 Franklin Street
Boston, MA 02110
(617) 422-5300

## CERTIFICATE OF SERVICE

I, Michele Carlucci, certify that on June 13, 2008, I have served a copy of the foregoing by electronic filing.

        */s/ Michele Carlucci*
        Michele Carlucci