UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOROTHY STANLEY, as Executrix of the
ESTATE of HELEN RUNGE,

    *Plaintiff,*

v.

WALTER J. KELLY; KERRY L.
BLOOMINGDALE, M.D.; and
SUNBRIDGE NURSING AND
REHABILITATION CENTER,

    *Defendants.*

Civil Action No. 05-10849-RGS

## DEFENDANT KELLY'S PROPOSED *VOIR DIRE* EXAMINATION

    NOW COMES the Defendant Walter Kelly and submits the following proposed *voir dire* questions for the prospective jurors:

1.    Have you had any bad experiences with a lawyer?

2.    Have you had any bad experiences with a skilled nursing facility, nursing home or assisted living facility?

    Respectfully submitted,

    The Defendant, Walter J. Kelly,

    By his attorneys,

      *s/ Michele Carlucci*
    George C. Rockas, BBO #544009
    Michele Carlucci, BBO #655211
    WILSON ELSER LLP
    260 Franklin Street
    Boston, MA 02110
    (617) 422-5300

122151.1

## CERTIFICATE OF SERVICE

I, Michele Carlucci, certify that on June 16, 2008, I have served a copy of the foregoing by electronic filing.

                                                */s/ Michele Carlucci*
                                                Michele Carlucci

122151.1