### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DOROTHY STANLEY, AS EXECUTRIX OF THE ESTATE OF HELEN A. RUNGE, Plaintiff | |
| v. | No. 05-10849-RGS (Judge Stearns) |
| WALTER J. KELLY, et al. Defendants | CIVIL ACTION JURY TRIAL DEMANDED |

### PLAINTIFF'S LIST OF WITNESSES
### AND ESTIMATED LENGTH OF TRIAL

AND NOW, COMES, Plaintiff, Dorothy Stanley, Executrix of the Estate of Helen A. Runge ("Plaintiff"), by and through her counsel, and respectfully submits her List of Witnesses who may testify at trial and identifies the estimated length of trial:

I. **LIST OF WITNESSES**

    A.    Dorothy Stanley
            5 Stirrup Downs
            Columbus, NC  28722

    B.    Gilbert B. Stanley
            5 Stirrup Downs
            Columbus, NC  28722

    C.    Kerry L. Bloomingdale, M.D.
            592 Quinobequin Road
            Waban, MA  02468
            (as on cross examination)

121116

D. Walter J. Kelly, M.D.
1996 Centre Street
West Roxbury, MA 02132
(as on cross examination)

E. Richard M. Dupee, MD, FACP, AFSF
Chief, Geriatrics Service
Tufts – New England Medical Center
65 Walnut Street
Wellesley Hills, MA 02481

F. Linda J. Fagan, R.N.
MedicaLegal Solutions
12 Graves Avenue
Scituate, MA 02066

G. Arnold R. Rosenfeld, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950

H. Robert M. Palmer, M.D.
Tryon Medical Group, P.A.
25 Shields Drive
Tryon, NC 28782

I. Farrah Seidler
940 Morgan Drive
Yardley, PA 19067
(as on cross examination)

J. Sandra Porazzo Perry
159 Center Street
Carver, MA 02330
(as on cross examination)

K. Thomas Schiavoni
37 Friend Street
Lynn, MA 01903
(as on cross examination)

## II.   ESTIMATED LENGTH OF TRIAL

Plaintiff estimates that five days will be necessary to present her case.

Respectfully submitted,

LATSHA DAVIS YOHE & MCKENNA, P.C.

Dated: June 16, 2008

By  /s/ Glenn R. Davis
Glenn R. Davis
1700 Bent Creek Boulevard, Suite 140
Mechanicsburg, PA 17050
(717) 620-2424
gdavis@ldylaw.com
*Pro Hac Vice*

Blake J. Godbout, BBO #196380
BLAKE J. GODBOUT
& ASSOCIATES
33 Broad Street, 11th Floor
Boston, MA 02109
(617) 523-6677

Attorneys for Plaintiff, Dorothy Stanley,
Executrix of the Estate of Helen A. Runge

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served upon the attorney of record for each party by electronic transmission.

>Michele Carlucci
>George S. Rockas
>Wilson Elser Moskowitz Edelman & Dicker LLP
>155 Federal Street
>Boston, MA 02110
>michele.carlucci@wilsonelser.com
>george.rockas@wilsonelser.com
>
>Michael Williams
>Lawson & Weitzen, LLP
>88 Black Falcon Avenue, Suite 145
>Boston, MA 02210-1736
>mwilliams@lawson-weitzen.com

Dated: June 16, 2008            By____/s/ Glenn R. Davis_____
                                     Glenn R. Davis