UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOROTHY STANLEY, as Executrix of the
ESTATE of HELEN RUNGE,

    *Plaintiff,*

v.

WALTER J. KELLY; KERRY L.
BLOOMINGDALE, M.D.; and
SUNBRIDGE NURSING AND
REHABILITATION CENTER,

    *Defendants.*

Civil Action No. 05-10849-RGS

## DEFENDANTS' LIST OF WITNESSES

Pursuant to this Court's October 12, 2007 order, the Defendants submit the following list of witnesses who may testify at trial:

1. Kerry Bloomingdale, MD, Waban, MA
2. Primus Chalon, Randolph, MA
3. Kathy Couche, North Easton, MA
4. Donna Foley, Boston, MA
5. John Geraghty, Readville, MA
6. Lawrence Hale, Carver, MA
7. Linda Johnson, West Roxbury, MA
8. Walter Kelly, West Roxbury, MA
9. Sandra Porazzo Perry, Carver, MA
10. Chief Paul Porter, Randolph Police Dept., Randolph, MA
11. Ellen Richwine, Stoughton, MA
12. Thomas F. Schiavoni, Lynn, MA

13.  Dorothy Stanley, Columbus, NC

14.  Gilbert Stanley, Columbus, NC

15.  Al Wilkins, Shrewsbury, MA

16.  David Aptaker, Esq., Expert Witness, Somerville, MA

17.  Susan M. Forni, RN, Expert Witness, Amesbury, MA

18.  Elizabeth Gaufberg, MD, MPH, Expert Witness, Cambridge, MA

Respectfully submitted,

| **Mediplex of Massachusetts, Inc. d/b/a SunBridge Care and Rehabilitation for Randolph** | **Walter J. Kelly,** |
|---|---|
| by its attorneys, | by his attorneys, |
|   /s/ Michael Williams |   /s/ George C. Rockas |
| K. Scott Griggs  (BBO# 555988) | George C. Rockas, BBO #544009 |
| Michael Williams  (BBO# 634062) | Michele Carlucci, BBO #655211 |
| Lawson & Weitzen, LLP | WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP |
| 88 Black Falcon Avenue, Suite 345 | 260 Franklin Street |
| Boston, MA 02210-1736 | Boston, MA 02110 |
| Telephone: (617) 439-4990 | (617) 422-5300 |
| Facsimile:  (617) 439-3987 | |
| MWilliams@Lawson-Weitzen.com | |

**CERTIFICATE OF SERVICE**

I hereby certify that this Document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 16, 2008.

  /s/ Michael Williams