UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOROTHY STANLEY, as Executrix of the
ESTATE of HELEN RUNGE,

    *Plaintiff,*

v.

WALTER J. KELLEY; KERRY L.
BLOOMINGDALE, M.D.; and
SUNBRIDGE NURSING AND
REHABILITATION CENTER,

    *Defendants.*

Civil Action No. 05-10849-RGS

### DEFENDANT SUNBRIDGE'S SPECIAL QUESTIONS TO THE JURY

1.     Was Defendant SunBridge negligent?

   _____Yes      _____No

   If you answered "Yes" to Question No. 1, go to Question No. 2.

   If you answered "No" to Question No. 1, go to Question No. 3.

2.     Was Defendant Sturbridge's negligence the proximate cause of damage to Helen Runge?

   _____Yes      _____No

   Go to Question No. 3.

3.     Did Defendant SunBridge or its Staff physically assault Helen Runge?

   _____Yes      _____No

   If you answered "Yes" to Question No. 1, go to Question No. 4.

   If you answered "No" to Question No. 1, go to Question No. 5.

4. Did the Helen Runge suffer physical harm as a result of the assault?

　　_____Yes　　_____No

Go on to Question No. 5.

5. Did Defendant SunBridge negligently inflict emotional distress upon Helen Runge?

　　_____Yes　　_____No

If you answered "Yes" to Question No. 3, then go on to Question No. 6.

If you answered "No" to Question No. 3, then go on to Question No. 7.

6. Did the Helen Runge suffer physical harm as a result of the negligently inflicted emotional distress?

　　_____Yes　　_____No

Go on to Question No. 7.

7. Did SunBridge intentionally or recklessly act in a manner that was beyond all possible bounds of decency and was utterly intolerable in a civilized community and inflict emotional distress upon the Plaintiff that was so severe and of a nature that no reasonable person could be expected to endure it?

　　_____Yes　　_____No

Go on to Question No. 8.

8. Did Defendant SunBridge falsely imprison Helen Runge?

　　_____Yes　　_____No

Go on to Question No. 9.

9. Did Defendant SunBridge breach a contract between it and Helen Runge?

   _____Yes        _____No

   Go on to Question No. 10.

10. Did Defendant SunBridge owe a fiduciary duty to Helen Runge?

    _____Yes        _____No

    If you answered "Yes" to Question No. 3, then go on to Question No. 11.

    If you answered "No" to Question No. 3, then go on to Question No. 12.

11. Did Defendant SunBridge breach a fiduciary duty it owned to Helen Runge?

    _____Yes        _____No

    Go on to Question No. 12.

9. If you answered "Yes" to <u>any</u> of Questions No. 2, 4, 6, 7, 8, 9 or 11, then please state the amount of damages sustained by Helen Runge by filling in an amount below.

   If you either did not answer or answered "No" to Questions No. 2, 4, 6, 7, 8, 9 or 11, then do not fill in an amount below and do not answer the remaining questions.

   $_____
   Fill in Amount

3

Respectfully submitted,

**Mediplex of Massachusetts, Inc. d/b/a SunBridge Care and Rehabilitation for Randolph**

by its attorneys,

   /s/ Michael Williams
K. Scott Griggs    (BBO# 555988)
Michael Williams (BBO# 634062)
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210-1736
Telephone: (617) 439-4990
Facsimile:  (617) 439-3987
MWilliams@Lawson-Weitzen.com

**CERTIFICATE OF SERVICE**

I hereby certify that this Document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 16, 2008.

   /s/ Michael Williams

4