UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DOROTHY STANLEY, AS EXECUTRIX OF THE ESTATE OF HELEN A. RUNGE, Plaintiff | : : : : |
| v. | : No. 05-10849-RGS : (Judge Stearns) : |
| WALTER J. KELLY, et al., Defendants | : CIVIL ACTION : JURY TRIAL DEMANDED |

**PLAINTIFF'S IDENTIFICATION OF
DEPOSITIONS TO BE OFFERED AT TRIAL
AND OBJECTIONS TO DEFENDANTS'
PROPOSED DESIGNATIONS OF DEPOSITIONS**

I.   **Plaintiff's Identification of Depositions to be Offered at Trial**

Plaintiff respectfully identifies the following depositions for possible use at trial:

   A.   Deposition of Walter J. Kelly, December 1 and 14, 2006, in its entirety;

   B.   Deposition of Farrah Seidler, May 8, 2007, in its entirety; and

   C.   Deposition of Sandra M. Porazzo-Perry, March 28, 2007, in its entirety.

II.  **Plaintiff's Objections to Defendant Kelly's Proposed
     Designations of Depositions**

Defendant Kelly has proposed to designate portions of Gilbert Stanley's deposition transcript. Plaintiff objects to the following designations:

Page 42, Lines 2-4

Page 44, Line 25

Page 45, Lines 1-25

Page 46, Line 1

Page 49, Lines 1-25

Page 50, Lines 1-3

Page 51, Lines 24-25

Page 52, Lines 1-25

Page 53, Lines 1-8

Page 54, Lines 22-25

Page 55, Lines 1-23

Page 57, Lines 9-25

Page 58, Lines 1-25

Page 59, Lines 1-9 and 19-25

Page 60, Lines 1-15

Page 61, Lines 17-25

Page 62, Lines 1-12

Page 63, Lines 11-21

Page 64, Lines 24-25

Page 65, Lines 1-25

Page 67, Lines 3-7.

Page 80, Line 25

Page 81, Lines 1-3

Page 91, Lines 21-23

Page 92, Lines 20-25

Page 93, Lines 1-25

Page 94, Lines 2-25

Page 95, Lines 1-19

Page 96, Lines 17-25

Page 97, Lines 1-7 and 13-18.

### III. Plaintiff's Objections to Defendant Sunbridge's Proposed Designations of Depositions

Defendant Sunbridge has proposed to designate portions of Gilbert Stanley's deposition transcript. Plaintiff objects to the following designations in Volume 1 of the transcripts:

49:19-50:3

91:24-95:199

6:23-99:15.

          Respectfully submitted,

          LATSHA DAVIS YOHE & MCKENNA, P.C.

Dated: June 16, 2008        By   /s/ Glenn R. Davis
          Glenn R. Davis
          1700 Bent Creek Boulevard, Suite 140
          Mechanicsburg, PA 17050
          (717) 620-2424
          gdavis@ldylaw.com
          *Pro Hac Vice*

Blake J. Godbout, BBO #196380
BLAKE J. GODBOUT
& ASSOCIATES
33 Broad Street, 11th Floor
Boston, MA 02109
(617) 523-6677

Attorneys for Plaintiff, Dorothy Stanley,
Executrix of the Estate of Helen A. Runge

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served upon the attorney of record for each party by electronic transmission.

>Michele Carlucci
>George S. Rockas
>Wilson Elser Moskowitz Edelman & Dicker LLP
>155 Federal Street
>Boston, MA 02110
>michele.carlucci@wilsonelser.com
>george.rockas@wilsonelser.com
>
>Michael Williams
>Lawson & Weitzen, LLP
>88 Black Falcon Avenue, Suite 145
>Boston, MA 02210-1736
>mwilliams@lawson-weitzen.com

Dated: June 16, 2008                By    /s/ Glenn R. Davis
                                            Glenn R. Davis

124348