# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

EASTERN DIVISION

No. 05-10849-RGS

HELEN RUNGE,
                              Plaintiff

                    v.

WALTER J. KELLY,
                              Defendant

---

## DEPOSITION TESTIMONY OF GILBERT STANLEY AND HELEN RUNGE TO BE READ TO JURY BY DEFENDANT, WALTER KELLY

**Gilbert Stanley**

Page 4, Lines 2-25

Page 5, Lines 1-23

Page 6, Lines 6-25

Page 7, Lines 1-25

Page 8, Lines 1-8 and 12-25

Page 9, Lines 1-25

Page 10, Lines 1-25

Page 11, Lines 1-25

Page 12, Lines 1-4 and 8-25

Page 13, Lines 1-25

Page 14, Lines 1-8

Page 15, Lines 10-18 and 21-24

Page 26, Lines 20-25

121620.1

Page 27, Lines 1-25

Page 28, Lines 1-21

Page 29, Lines 2-25

Page 30, Lines 2-3 and 13-25

Page 31, Lines 1-3 and 22-25

Page 32, Lines 1-25

Page 33, Lines 1-22

Page 37, Lines 5-25

Page 38, Lines 1-12

Page 40, Lines 4-19

Page 41, Lines 3-22

Page 42, Lines 2-4

Page 44, Line 25

Page 45, Lines 1-25

Page 46, Line 1

Page 49, Lines 1-25

Page 50, Lines 1-3

Page 51, Lines 24-25

Page 52, Lines 1-25

Page 53, Lines 1-8

Page 54, Lines 22-25

Page 55, Lines 1-23

Page 57, Lines 9-25

Page 58, Lines 1-25

Page 59, Lines 1-9 and 19-25

Page 60, Lines 1-15

Page 61, Lines 17-25

Page 62, Lines 1-12

Page 63, Lines 11-21

Page 64, Lines 24-25

Page 65, Lines 1-25

Page 67, Lines 3-7

Page71, Lines 18-24

Page 80, Line 25

Page 81, Lines 1-3

Page 91, Lines 21-23

Page 92, Lines 20-25

Page 93, Lines 1-25

Page 94, Lines 2-25

Page 95, Lines 1-19

Page 96, Lines 17-25

Page 97, Lines 1-7 and 13-18

Page 115, Lines 8-25

Page 116, Lines 1-25

Page 117, Lines 1-2 and 7-25

Page 118, Lines 1-7 and 18-20

Page 119, Lines 1-3

Page 122, Lines 24-25

Page 123, Lines 1-3

Page 136, Lines 23-25

Page 137, Lines 1-17

Page 139, Lines 2-25

Page 149, Lines 21-25

Page 150, Lines 1-16

Page 151, Lines 2-25

Page 152, Line 1

Page 171, Lines 3-25

Page 172, Lines 1-25

Page 173, Lines 1-10


**Helen Runge (November 15, 2006 Deposition)**

4:2 – 4:18

4:22 – 4:24

5:3 – 5:7

5:17 – 8:9

8:20 – 9:9

121620.1

Respectfully submitted,

The Defendant, Walter J. Kelly,

By his attorneys,


_____*s/ Michele Carlucci*_____
George C. Rockas, BBO #544009
Michele Carlucci, BBO #655211
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER  LLP
260 Franklin Street
Boston, MA 02110
(617) 422-5300


## CERTIFICATE OF SERVICE

 I, Michele Carlucci, certify that on June 16, 2008, I have served a copy of the foregoing by electronic filing.

*/s/ Michele Carlucci*

121620.1