UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOROTHY STANLEY, as Executrix of the
ESTATE of HELEN RUNGE,

    *Plaintiff,*

v.

WALTER J. KELLY; KERRY L.
BLOOMINGDALE, M.D.; and
SUNBRIDGE NURSING AND
REHABILITATION CENTER,

    *Defendants.*

Civil Action No. 05-10849-RGS

**DEFENDANT KELLY'S OBJECTION TO PLAINTIFF'S DESIGNATION OF
DEPOSITIONS TO BE READ AT TRIAL**

    The Plaintiff has indicated that she intends to read the following deposition transcripts at the trial:

    I.    Deposition of Walter J. Kelly, December 1 and 14, 2006, in its entirety;

    II.    Deposition of Farrah Seidler, May 8, 2007, in its entirety; and

    III.    Deposition of Sandra M. Porazzo-Perry, March 28, 2007, in its entirety.

The Defendant objects to these designations for a number of reasons. First and foremost, while much of the proposed testimony would be inadmissible, no meaningful response can be made to the designation of the three depositions in their entirety, as Plaintiff must designate which portions of the transcript she intends to read to the jury, as opposed to a "blanket" designation. It is unclear whether Plaintiff actually intends to read each and every line of the deposition, including objections. Furthermore, Defendant Kelly will be present at trial, and therefore

122180.1

reading his deposition will be unnecessary.  Likewise, Sandra Porazzo-Perry will be available at trial.

          Respectfully submitted,

          The Defendant, Walter J. Kelly,

          By his attorneys,

          *s/ Michele Carlucci*
          George C. Rockas, BBO #544009
          Michele Carlucci, BBO #655211
          WILSON ELSER LLP
          260 Franklin Street
          Boston, MA 02110
          (617) 422-5300

## CERTIFICATE OF SERVICE

I, Michele Carlucci, certify that on June 16, 2008, I have served a copy of the foregoing by electronic filing.

          */s/ Michele Carlucci*
          Michele Carlucci

122180.1