UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DOROTHY STANLEY, as Executrix of the ESTATE of HELEN RUNGE,<br><br>　　*Plaintiff,*<br><br>v.<br><br>WALTER J. KELLY; KERRY L. BLOOMINGDALE, M.D.; and SUNBRIDGE NURSING AND REHABILITATION CENTER,<br><br>　　*Defendants.* | Civil Action No. 05-10849-RGS |

**DEFENDANT KELLY'S ESTIMATED LENGTH OF TRIAL**

　　Defendants Kelly expects the trial to go for 10 days, given that plaintiff estimates 5 days to put on her case. A number of these witnesses may be called by plaintiff, in which case defendants will cross-examine said witnesses.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　The Defendant, Walter J. Kelly,

　　　　　　　　　　　　　　　　　　　By his attorneys,


　　　　　　　　　　　　　　　　　　　　*s/ Michele Carlucci*
　　　　　　　　　　　　　　　　　　　George C. Rockas, BBO #544009
　　　　　　　　　　　　　　　　　　　Michele Carlucci, BBO #655211
　　　　　　　　　　　　　　　　　　　WILSON ELSER LLP
　　　　　　　　　　　　　　　　　　　260 Franklin Street
　　　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　　　(617) 422-5300

122191.1

## **CERTIFICATE OF SERVICE**

I, Michele Carlucci, certify that on June 16, 2008, I have served a copy of the foregoing by electronic filing.

                                                           */s/ Michele Carlucci*
                                                           Michele Carlucci

122191.1