UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EASTERN DIVISION

No. 05-10849 RGS

| |
|---|
| HELEN RUNGE,<br>                    Plaintiff<br><br>            v.<br><br>WALTER J. KELLY,<br>KERRY L. BLOOMINGDALE, M.D., and<br>SUNBRIDGE NURSING AND<br>REHABILITATION CENTER,<br>                    Defendants |

**NEUTRAL STATEMENT SUMMARIZING THE CLAIMS AND DEFENSES TO BE READ TO THE VENIRE DURING EMPANELMANT**

   Helen A. Runge was an elderly woman in her late eighties who was a resident of a skilled nursing facility, Sunbridge Nursing and Rehabilitation Center.  An attorney, Walter Kelly, assisted her in entering the nursing home and was her power of attorney and healthcare proxy.  Runge has brought this action against her former attorney and the nursing home.  Runge was prescribed antipsychotic medications and began refusing them.  Runge purportedly terminated Kelly as her attorney, power of attorney and healthcare proxy and left the nursing home.  A petition for Kelly to become guardian of Runge was filed.  After suit was brought and prior to this trial, Runge passed away and her estate is carrying on with this suit.  The estate disputes that Runge required antipsychotic medications and a guardian, claiming that the nursing home and the attorney acted inappropriately to keep her at the nursing home.  Attorney Kelly and the nursing home deny these allegations and state that they acted in the best interest of Runge.

                              The Plaintiff,
                              DOROTHY STANLEY, EXECUTRIX OF THE
                              ESTATE OF HELEN RUNGE,
                              By her attorneys,


                              __/s/__Blake Godbout_____
                              Blake J. Godbout, Esq.
                              Blake J. Godbout & Associates
                              33 Broad Street, 11th Floor
                              Boston, MA 02109

121671.1

And

     */s/ Glen Davis*
Glen R. Davis, Esq.
Latsha Davis Yohe & McKenna, P.C.
1700 Bent Creek Boulevard, Suite 140
Mechanicsburg, PA 17050

The Defendant,
SUNBRIDGE NURSING HOME AND
REHABILITATION CENTER,
By its attorney,

    */s/ Michael Williams*
Michael Williams, Esq.
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210-2414

The Defendant,
WALTER J. KELLY,
By his attorneys,

     *s/ Michele Carlucci*
George C. Rockas, BBO #544009
Michele Carlucci, BBO #655211
WILSON ELSER MOSKOWITZ EDELMAN &
DICKER  LLP
260 Franklin Street
Boston, MA 02110
(617) 422-5300

121671.1