UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOROTHY STANLEY, AS EXECUTRIX OF :
THE ESTATE OF HELEN A. RUNGE,   :
    Plaintiff                :
                                 :
                                 : No. 05-10849-RGS
v.                                : (Judge Stearns)
                                 :
WALTER J. KELLY, et al.,         : CIVIL ACTION
    Defendants               : JURY TRIAL DEMANDED

## JOINT LIST OF EXHIBITS

1. Resident fund material

2. Letter of Helen Runge to Walter J. Kelly, August 1, 2000

3. Letter of Helen Runge to Walter J. Kelly, October 10, 2000

4. Letter of Helen Runge to "To Whom It May Concern," November 8, 2001

5. Letter of Walter J. Kelly to Helen Runge, November 27, 2001

6. Massachusetts Health Care Proxy of Helen Runge, May 10, 2002

7. Sunbridge Healthcare Medical Record Release, January 22, 2003

8. Fax of Walter J. Kelly to Bay View Village, January 24, 2003

9. Sunbridge Healthcare Antipsychotic Medication - Informed Consent, January 30, 2003

10. Note of Walter Kelly, February 11, 2003

11. Fax of Walter Kelly to Sunbridge Healthcare, February 27, 2003

124332

12. Fax of Sunbridge Healthcare to Walter Kelly, March 24, 2003

13. Letter of Thomas F. Schiavoni to Kerry Bloomingdale, M.D., April 25, 2003

14. Medical Certificate - Guardianship, April 29, 2003

15. Authorization for Use and Release of Information to Sunbridge Healthcare, April 29, 2002

16. Sunbridge fax to Walter Kelly, April 29, 2003

17. Randolph Police Report

18. Memoranda of Walter J. Kelly, April 30, 2003; May 2, 2003

19. Motion for Appointment of Temporary Guardian, May 1, 2003

20. Letter of Thomas Schiavoni to Patrolman Brent Jackson, May 5, 2003

21. Letter of Thomas Schiavoni to Lawrence Hale, July 21, 2003

22. 5/2/03 Sunbridge Liability with Check $9475.31

23. 5/16/03 McGee & Schiavoni Invoice

24. 6/3/03 Kelly Invoice

25. 6/4/03 Check from Kelly Client Fund to Kelly- $7500

26. 7/21/03 Letter from Schiavoni to Hale

27. 5/2/03 Katherine F. Eddy Bond Invoice

28. 5/15/03 Sunscript Statement of Account

29. 5/23/03 Check to Sunbridge from Kelly Client's Fund - $9,475.31

30. 5/23/03 Check from Kelly Client Account to Katherine Eddy

31. 5/23/03 Kelly Client Fund Check to McGee & Schiavoni

32. 6/3/03 Kelly Invoice

33. 6/4/03 Kelly Client Fund Check to Sunbridge with Invoice ($702.10)

34. 6/4/03 Kelly Client Fund Check to Michael McCann, Esq. ($1900) with Letter of enclosure

35. 8/8/03 Kelly Invoice

36. August 29, 2003 Probate Court Account by Walter J. Kelly

Respectfully submitted by,

The Plaintiff,
DOROTHY STANLEY, EXECUTRIX OF THE ESTATE OF HELEN RUNGE,
By her attorneys,


By /s/ Glenn R. Davis
Glenn R. Davis
1700 Bent Creek Boulevard, Suite 140
Mechanicsburg, PA 17050
(717) 620-2424
gdavis@ldylaw.com
*Pro Hac Vice*

Blake J. Godbout, BBO #196380
BLAKE J. GODBOUT & ASSOCIATES
33 Broad Street, 11th Floor
Boston, MA  02109
(617) 523-6677

The Defendant,
SUNBRIDGE NURSING HOME AND REHABILITATION CENTER,

By its attorney,


/s/ Michael Williams
Michael Williams, Esq.
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210-2414

The Defendant,
WALTER J. KELLY,
By his attorneys,

/s/ Michele Carlucci
George C. Rockas, BBO #544009
Michele Carlucci, BBO #655211
WILSON ELSER MOSKOWITZ EDELMAN &
DICKER LLP
260 Franklin Street
Boston, MA 02110
(617) 422-5300

124332