UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| DOROTHY STANLEY, AS EXECUTRIX OF THE ESTATE OF HELEN A. RUNGE, Plaintiff | : : : : | |
| v. | : : : | No. 05-10849-RGS (Judge Stearns) |
| WALTER J. KELLY, et al., Defendants | : : | CIVIL ACTION JURY TRIAL DEMANDED |

## LIST OF EXHIBITS TO BE OFFERED AT TRIAL

A.    Letter of Helen Runge to "To Whom It May Concern," April 30, 2003

B.    Letter of Helen Runge to Sunbridge, May 12, 2003

C.    Notes of Walter Kelly, 3 pages

D.    Sunbridge Healthcare Health and Medical Condition, Informing Residents of, Policy, June 2002

E.    Sunbridge Healthcare Psychoactive Medications Policy, June 2002

F.    Sunbridge Healthcare Refusal of Treatment Policy, June 2002

G.    Deposition of Sandra M. Porazzo-Perry, March 28, 2007.

H.    Note of Helen Runge, January 17, 2003

I.    Letter of Helen Runge to Walter Kelly, March 12, 2003

J.    Letter of Helen Runge to Dorothy Stanley, March 2003

K.    Letter of Robert M. Palmer, M.D., to Dorothy Stanley, May 12, 2003

L.    Note of B. Rhett Myers, M.D., May 30, 2003

124342

M.      Letter of Robert M. Palmer, M.D., to Dorothy Stanley, July 25, 2003

N.      Letter of Phillip R. Feagan to Michael J. McCann and Thomas Schiavoni, June 2, 2003

O.      Packet:  Invoices of Walter J. Kelly dated June 3, 2003 and August 8, 2003; Walter J. Kelly check dated June 4, 2003 ($7,500); Pre-Bill of Walter J. Kelly dated September 25, 2003; MembersPlus check dated May 20, 2003 ($25,000); MembersPlus check dated August 7, 2003 ($6,500); Invoice of McGee & Schiavoni dated May 16, 2003; Walter J. Kelly check dated May 23, 2003 ($4,227.50); Invoice of McGee & Schiavoni dated August 7, 2003; Walter J. Kelly check dated August 7, 2003 ($6,150); Sunbridge Charges dated May 2, 2003; Walter J. Kelly check dated May 23, 2003 ($9,475.31); Walter J. Kelly check dated June 4, 2003 ($702.10); Statement of Account dated May 15, 2003; Invoice of Katherine F. Eddy dated May 2, 2003; Walter J. Kelly check dated May 23, 2003 ($540); Letter of Walter J. Kelly to Michael McCann dated June 4, 2003; Walter J. Kelly check dated June 4, 2003 ($1,900).

P.      Deposition of Farrah Seidler, May 8, 2007

Q.      Affidavit of Helen A. Runge, July 27, 2003

R.      Transcription of Videotaped Statement and Videotaped Statement of Helen A. Runge, January 16, 2004

S.      Helen Runge's Answer to Kelly's Interrogatories, October 12, 2006, and Answer to Bloomingdale's Interrogatories, October 12, 2006

T.      Affidavit of Walter J. Kelly in Support of Motion for Award of Costs in guardianship proceeding

U.      July 13, 2006, Chapter 93A demand letter

V.      August 10, 2006, response to Chapter 93A demand letter

W.      Helen Runge's medical records from Sunbridge (00001 – 00485)

X.      Photographs of Helen Runge

Y.      Massachusetts Resident Admission Agreement

124342

Z.      2003 Invoices of Lawrence Hale regarding defense of guardianship proceeding

AA.     October 15, 2004, January 11, 2005 and September 20, 2005 Invoices of Blake J. Godbout & Associates

BB.     March 15, 2004 Invoice of Latsha, Davis, Yohe & McKenna, P.C.

CC.     Deposition of Walter Kelly, December 1 and 14, 2006

DD.     1992 Last Will and Testament of Helen Runge

EE.     1994 Codicil to Last Will and Testament

FF.     1998 Last Will and Testament of Helen Runge

GG.     3/5/98 Durable Power of Attorney of Debra Gaughan

HH.     02/29/00 Discharge Summary – Jewish Memorial

II.     Geraghty Associates, Inc. (Landlord) documents

JJ.     10/04/00 Letter from Runge to Kelly

KK.     10/4/00 Runge's Appt of Kelly as Rep. for MassPRO correspondence

LL.     10/4/00 Letter from Runge to Kelly re MassPRO

MM.     10/11/00 Letter from MassPRO to Helen Runge

NN.     10/11/01 to 11/15/02 Nurse's Notes from Marian Manor

OO.     10/11/01 to 11/30/02 Social Worker notes from Marian Manor

PP.     10/25/01 Marian Manor Resident Care Plan

QQ.     11/1/00 Letter from MassPRO to Kelly, November 1, 2000

RR.     11/1/00 Letter from MassPRO to Helen Runge

SS.     11/08/01 Letter from Runge appointing Kelly as Durable Power of Attorney

TT.     11/26/01 Letter from Helen Runge to Kelly

124342

UU.     04/26/02 Nova Psychiatric Services Notes

VV.     08/21/02 Marian Manor team meeting notes

WW.     11/15/02 to 01/07/03 BayView Nurse's Notes

XX.     01/09/03 Application Pursuant to M.G.L. c. 123 s. 12(a) for Involuntary
        Hospitalization

YY.     01/11/03 Carney Hospital Emergency Dept. Assessment Flow Sheet

ZZ.     01/11/03 Carney Hospital Emergency Dept. Physician Record

AAA.    01/12/03 Application for and Authorization of Temporary Involuntary
        Hospitalization

BBB.    01/14/03 Application for Care and Treatment on a Conditional Voluntary
        Basis

CCC.    01/15/03 Carney Hospital: Medication Administration Record

DDD.    01/16/03 SunBridge pre-admission assessment

EEE.    01/22/03 Carney Hospital: Psychiatric Discharge Summary

FFF.    01/22/03 Consent for Medical and Health Care Services

GGG.    01/23/03 Inventory List

HHH.    01/29/03 Carney hospital bill

III.    02/??/03 Valentine's day card from Dorothy to Helen

JJJ.    2/4/03 – 5/6/03 Kelly Invoice

KKK.    3/12/03 Letter from Helen Runge to Walter Kelly

LLL.    03/24/03 Letter from Helen Runge to Dorothy Stanley

MMM.    03/31/03 Meridian Health Associates – Dental care notes

NNN.    3/31/0? SB Antipsychotic Medication Informed Consent

124342

OOO.    3/31/03 Meridian Health Associates Invoice for Oral Exam

PPP.    4/24/03- 2/23/04 McGee & Schiavoni Invoices

QQQ.    4/29/03 Notice to Healthcare Provider

RRR.    05/01/03 Motion for Appointment of Guardian ad Litem

SSS.    05/01/03 Motion for appointment of temporary guardian

TTT.    05/01/03 Motion for Release of Bank Funds

UUU.    05/02/03 Probate Court's Findings of Fact

VVV.    05/02/03 Bond of Temporary Guardian

WWW.    05/02/03 Affidavit of Walter Kelly in Support of Motion for Temp. Guardian

XXX.    5/5/03 Durable Power of Attorney for Financial Management

YYY.    5/6/03 Letter from Schiavoni to Helen Runge

ZZZ.    5/23/03 Check from Kelly Client's Fund to Meridian Health Associates

AAAA.    6/4/03 Check from Client Fund Account to Sunbridge

BBBB.    7/1 /03-9/2/03 Kelly Bill Worksheet

CCCC.    7/25/03 Transfer Under the NC Uniform Custodial Act

DDDD.    7/25/03 Declaration of Trust under the NC Uniform Custodial Trust Act

EEEE.    7/28/03 Motion to Extend Temporary Guardianship

FFFF.    8/1/03 Letter from Schiavoni to Hale

GGGG.    8/29/03 Inventory

HHHH.    9/7/03 Kelly Client Fund Check to Schiavoni

IIII.    10/08/03 Psychosocial Assessment – St Luke's Hospital

JJJJ.    10/09/03 Psychiatric Assessment – St. Luke's Hospital

KKKK.    11/07/03 Discharge Summary – St. Luke's Hospital

LLLL.    04/02/04 Nursing Admissions Assessment

MMMM.  04/06/04 Progress Notes (White Oaks – Benson Hall Assisted Living)

NNNN.    04/07/04 to 12/29/04 White Oaks – Benson Hall As sited Living Nurse's
         Notes

OOOO.    11/5/04 Affidavit of Walter Kelly in Support of Motion for Award of Costs

PPPP.    12/31/04 History & Physical – St. Luke's Hospital

QQQQ.    01/01/05 St. Luke's Hospital History & Physical

RRRR.    01/06/05 to 03/24/05 White Oaks – Benson Hall As sited Living Nurse's
         Notes

SSSS.    1/20/05 Gilbert Stanley Sworn Statement, Jan. 20, 2005

TTTT.    9/26/05 Medical Progress Note - Black Mountain Center

UUUU.    Undated Letter from Dr. George Kim

VVVV.    12/07/01 Durable Power of Attorney dated 12/7/01

WWWW. 01/??/03 Admissions Assessment

XXXX.    01/22/03 to 04/30/03 Physician's Order Sheets

YYYY.    01/22/03 SB-Randolph Dental Records

ZZZZ.    01/22/03 Carney Hospital: Discharge Instructions and Referral Form

AAAAA.  01/23/03 to 05/13/03 Social Progress notes

BBBBB.  01/23/03 to 04/02/03 Vital Signs and Weight Chart

CCCCC.  01/27/03 to 06/04/03 Physician's Progress Notes

DDDDD.  02/05/03 Authorization for Services: Meridian Health Associates

124342

EEEEE.    02/10/03 New England Geriatrics Registration Form

FFFFF.    02/10/03 New England Geriatrics Assessment

GGGGG.    02/13/03 to 04/24/03 Nutritional Progress Notes

HHHHH.02/14/03 Antipsychotic Medication Informed Consent form

IIIII.    02/25/03 Meridian Health Associates – Optometry consult

JJJJJ.    02/27/03 Antipsychotic Medication Informed Consent form

KKKKK.    03/04/03 New England Geriatrics Diagnostic/Treatment Evaluation

LLLLL.    03/13/03 New England Geriatrics Treatment Plan

MMMMM.    03/13/03 New England Geriatrics Diagnostic/Treatment Evaluation

NNNNN.    1/22/03 to 04/30/03 SunBridge Nurse's Notes

OOOOO.    03/29/03 Meridian Health Associates – Podiatry notes

PPPPP.    03/31/03 New England Geriatrics Diagnostic/Treatment Evaluation

QQQQQ.    04/01/03 New England Geriatrics Diagnostic/Treatment Evaluation

RRRRR.    04/21/03 New England Geriatrics Diagnostic/Treatment Evaluation

SSSSS.    04/22/03 New England Geriatrics Progress Notes

TTTTT.    04/23/03 Activities Progress Notes

UUUUU.    04/29/03 New England Geriatrics Diagnostic/Treatment Evaluation

VVVVV.    05/02/03 Temporary Decree of Guardianship

WWWWW.    05/21/03 Department of Public Health Report

XXXXX.    9/30/03 Letter from Schiavoni to Hale with attachments

124342

Respectfully submitted by,

The Plaintiff,
DOROTHY STANLEY, EXECUTRIX OF THE
ESTATE OF HELEN RUNGE,
By her attorneys,


By /s/ Glenn R. Davis
Glenn R. Davis
1700 Bent Creek Boulevard, Suite 140
Mechanicsburg, PA 17050
(717) 620-2424
gdavis@ldylaw.com
*Pro Hac Vice*

Blake J. Godbout, BBO #196380
BLAKE J. GODBOUT & ASSOCIATES
33 Broad Street, 11th Floor
Boston, MA  02109
(617) 523-6677

The Defendant,
SUNBRIDGE NURSING HOME AND
REHABILITATION CENTER,
By its attorney,


/s/ Michael Williams
Michael Williams, Esq.
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210-2414

The Defendant,
WALTER J. KELLY,
By his attorneys,


/s/ Michele Carlucci
George C. Rockas, BBO #544009
Michele Carlucci, BBO #655211

124342

WILSON ELSER MOSKOWITZ EDELMAN &
DICKER  LLP
260 Franklin Street
Boston, MA 02110
(617) 422-5300

124342