IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DOROTHY STANLEY, AS EXECUTRIX OF THE ESTATE OF HELEN A. RUNGE, <br> Plaintiff <br><br> v. <br><br> WALTER J. KELLY, et al. <br> Defendants | : <br> : <br> : <br> : No. 05-10849-RGS <br> : (Judge Stearns) <br> : <br> : CIVIL ACTION <br> : JURY TRIAL DEMANDED |

### PLAINTIFF'S SECOND RESPONSE TO DEFENDANT KELLY'S OBJECTIONS TO PLAINTIFF'S IDENTIFICATION OF DEPOSITIONS

Plaintiff respectfully submits this Second Response to Defendant Kelly's Objections to Plaintiff's Identification of Depositions for use at trial and identifies the following portions of the deposition transcript of Farrah Seidler for possible use at trial:

Page 8, Line 8 - Page 9, Line 7

Page 11, Line 20 - Page 12, Line 23

Page 15, Lines 3-18

Page 16, Lines 8-17

Page 19, Lines 5-21

Page 21, Line 10 - Page 22, Line 16

Page 25, Line 16 - Page 26, Line 16

Page 43, Line 19 - Page 45, Line 23

Page 65, Line 20 - Page 66, Line 12

124461

Page 67, Lines 10-25

Page 69, Lines 7-18

Page 110, Lines 18 - Page 111, Line 11

Page 114, Line 25 - Page 117, Line 8

Page 119, Line 19 - Page 120, Line 16

Page 126, Lines 1-24

Page 132, Line 24 - Page 133, Line 25

Page 144, Line 24 - Page 146, Line 5

                Respectfully submitted,

                LATSHA DAVIS YOHE & MCKENNA, P.C.

Dated: June 20, 2008              By    /s/ Glenn R. Davis
                                                          Glenn R. Davis
                                                          1700 Bent Creek Boulevard, Suite 140
                                                          Mechanicsburg, PA 17050
                                                          (717) 620-2424
                                                          gdavis@ldylaw.com
                                                          *Pro Hac Vice*

                                                          Blake J. Godbout, BBO #196380
                                                          BLAKE J. GODBOUT
                                                          & ASSOCIATES
                                                          33 Broad Street, 11th Floor
                                                          Boston, MA  02109
                                                          (617) 523-6677

                                                          Attorneys for Plaintiff, Dorothy Stanley,
                                                          Executrix of the Estate of Helen A. Runge

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served upon the attorney of record for each party by electronic transmission.

>Michele Carlucci
>George S. Rockas
>Wilson Elser Moskowitz Edelman & Dicker LLP
>155 Federal Street
>Boston, MA 02110
>michele.carlucci@wilsonelser.com
>george.rockas@wilsonelser.com

>Michael Williams
>Lawson & Weitzen, LLP
>88 Black Falcon Avenue, Suite 145
>Boston, MA 02210-1736
>mwilliams@lawson-weitzen.com

Dated: June 20, 2008            By____/s/ Glenn R. Davis_____
                                     Glenn R. Davis

124461