UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOROTHY STANLEY, as Executrix of the
ESTATE of HELEN RUNGE,

    *Plaintiff,*

v.

WALTER J. KELLY; KERRY L.
BLOOMINGDALE, M.D.; and
SUNBRIDGE NURSING AND
REHABILITATION CENTER,

    *Defendants.*

Civil Action No. 05-10849-RGS

## DEFENDANT KELLY'S OBJECTIONS TO PLAINTIFF'S DESIGNATION OF FARRAH SEIDLER'S DEPOSITION TESTIMONY

Defendant objects to the following testimony of Farrah Seidler which Plaintiff has proposed to read at trial:

**Page 8, line 15** – Defendant objects only to inclusion of "one of the Defendants in this matter". It is Confusing, misleading and prejudicial.

**Page 19, lines 5-21**. No foundation.

**Page 21, lines 10-16.** No foundation.

**Page 43, lines 9-25 – Page 44, lines 1-6.** No foundation and it is unclear what document is being read from.

**Page 67, lines 10-25**. Starts with a "Yes." No foundation, and it is unclear what "form" is being discussed.

**Page 69, lines 7-18.** This is not within Deponent's personal knowledge. Deponent says she will "wager a guess."

122758.1

**Page 114, line 25-Page 117, Line 8**.  It is unclear what document is referred to and again Deponent says she would "wager a guess".

**Page 119, Page 7-8.**  These lines are an objection by counsel.

**Page 144, lines 24-25 - Page 146, lines 1-5.**  There is no foundation. It is confusing as it starts with "I would think exactly what is says."  Also, Page 145, lines 18-25 – Page 146, lines 1-5 is hearsay.

    Respectfully submitted,

    The Defendant, Walter J. Kelly,

    By his attorneys,

    *s/ Michele Carlucci*
George C. Rockas, BBO #544009
Michele Carlucci, BBO #655211
WILSON ELSER LLP
260 Franklin Street
Boston, MA 02110
(617) 422-5300

## CERTIFICATE OF SERVICE

I, Michele Carlucci, certify that on June 21, 2008, I have served a copy of the foregoing by electronic filing.

    */s/ Michele Carlucci*
    Michele Carlucci

122758.1