UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**DOROTHY STANLEY, as she is Executrix of the
Estate of Helen Runge**
    **Plaintiff**

          **v.**                                **CIVIL ACTION NO. 05-10849-RGS**

**SUNBRIDGE NURSING AND REHABILITATION CENTER**
    **Defendant**

### SETTLEMENT ORDER OF DISMISSAL

**STEARNS, DJ.**

    THE COURT HAVING BEEN ADVISED BY COUNSEL THAT THE ABOVE-ENTITLED ACTION HAS SETTLED:

    IT IS HEREBY ORDERED THAT THIS ACTION BE DISMISSED WITHOUT COSTS AND WITHOUT PREJUDICE TO THE RIGHT OF ANY PARTY, UPON GOOD CAUSE SHOWN, TO RESTORE THIS ACTION TO THE DOCKET WITHIN 30 DAYS IF SETTLEMENT IS NOT CONSUMMATED.

    SO ORDERED.

                                                    RICHARD G. STEARNS
                                                    UNITED STATES DISTRICT JUDGE

            **BY:**

                                  /s/ Mary H. Johnson
                              _____

                                    **Deputy Clerk**

**DATED:** 6-23-08