UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOROTHY STANLEY, as Executrix of the
ESTATE of HELEN RUNGE,

    *Plaintiff,*

v.

WALTER J. KELLY; KERRY L.
BLOOMINGDALE, M.D.; and
SUNBRIDGE NURSING AND
REHABILITATION CENTER,

    *Defendants.*

Civil Action No. 05-10849-RGS

## DEFENDANT'S ADDITIONAL OFFER OF PROOF

In support of Plaintiff's Opposition to Defendant's Motion for Reconsideration and Clarification on the Court's order regarding the admittance of the Affidavit of Helen Runge dated July 27, 2003, Plaintiff asserts that the affidavit of Walter Kelly is part of an agreed upon exhibit (Exhibit 20). However, the subject exhibit was proposed by Plaintiff, and Defendant Kelly agreed to the exhibit. The fact that Plaintiff wished to have an affidavit of Defendant Kelly admitted cannot be used against Defendant Kelly.

Defendant's Offer of Proof includes the following:

1.    The Affidavit of Walter Kelly is attached to a letter from Thomas Schiavoni to Patrolman Brent Jackson, May 5, 2003 (Agreed Upon Exhibit 20). This exhibit was proposed by Plaintiff and not Walter Kelly. [See attached Email from Andrea Dean, Plaintiff's counsel, with attached Plaintiff's Proposed Exhibits, No. 32, attached as Exhibit A].

123065.1

        Respectfully submitted,

        The Defendant, Walter J. Kelly,

        By his attorneys,


        *s/ Michele Carlucci*
        George C. Rockas, BBO #544009
        Michele Carlucci, BBO #655211
        WILSON ELSER LLP
        260 Franklin Street
        Boston, MA 02110
        (617) 422-5300

## **CERTIFICATE OF SERVICE**

I, Michele Carlucci, certify that on June 24, 2008, I have served a copy of the foregoing by electronic filing.

        */s/ Michele Carlucci*
        Michele Carlucci

123065.1

## Carlucci, Michele

| | |
|---|---|
| From: | Andrea E. Dean [adean@ldylaw.com] |
| Sent: | Wednesday, June 11, 2008 8:03 AM |
| To: | mwilliams@lawson-weitzen.com; Rockas, George; Carlucci, Michele |
| Cc: | Glenn Davis |
| Subject: | Re: Runge Trial |
| Attachments: | 2476.pdf |

Counsel: Please find attached Plaintiff's proposed, updated Exhibit List, in which we've added cites where possible. If this List changes, we will submit the updated List to you.

Thank you,

Andrea E. Dean
Latsha Davis Yohe & McKenna, P.C.
1700 Bent Creek Boulevard, Suite 140
Mechanicsburg, PA  17050
Phone: 717-620-2424
Fax: 717-620-2444

CONFIDENTIALITY NOTICE

The information in this transmission is intended only for the individual or entity named above. It may be legally privileged and confidential. If you have received this information in error, notify us immediately by calling our operator at (717) 620-2424. Send the original transmission to us by mail. Return postage is guaranteed. If the reader of this message is not the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of this communication or its contents is strictly prohibited.

>>> On 6/10/2008 at 10:48 AM, in message <auto-000560636142@inbound.appriver.com>, "Carlucci, Michele" <Michele.Carlucci@wilsonelser.com> wrote:
> Glenn and Andrea,
> A number of your proposed trial exhibits are unidentifiable. As previously requested on several occasions, please provide copies or bates numbers for your proposed exhibits.
> Thank you.
>
> Michele Carlucci
> Attorney at Law
> Wilson Elser Moskowitz Edelman & Dicker LLP
> 260 Franklin Street - 14th Floor
> Boston, MA 02110-3112
> p 617-422-5300 x5416
> f 617-423-6917
> michele.carlucci@wilsonelser.com
>
>
> ```
> This communication was not intended or written to be used,
> and it cannot be used by any taxpayer, for the purpose of
> avoiding tax penalties. (The foregoing legend has been
> affixed pursuant to U.S. Treasury Regulations governing tax practice.)
> ```

```
*************************************************************
```

CONFIDENTIALITY NOTICE: This electronic message is
intended to be viewed only by the individual or entity to
whom it is addressed. It may contain information that is
privileged, confidential and exempt from disclosure under
applicable law. Any dissemination, distribution or
copying of this communication is strictly prohibited
without our prior permission. If the reader of this
message is not the intended recipient, or the employee or
agent responsible for delivering the message to the
intended recipient, or if you have received this
communication in error, please notify us immediately by
return e-mail and delete the original message and any
copies of it from your computer system.

For further information about Wilson, Elser, Moskowitz,
Edelman & Dicker LLP, please see our website at
www.wilsonelser.com or refer to any of our offices. Thank
you.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOROTHY STANLEY, AS EXECUTRIX OF :
THE ESTATE OF HELEN A. RUNGE, :
    Plaintiff :
 :
 : No. 05-10849-RGS
v. : (Judge Stearns)
 :
WALTER J. KELLY, et al., : CIVIL ACTION
    Defendants : JURY TRIAL DEMANDED

## EXHIBIT LIST

1. Letter of Helen Runge to "To Whom It May Concern," April 30, 2003

2. Letter of Helen Runge to Sunbridge, May 12, 2003

3. Notes of Walter Kelly, 3 pages (Kelly Dep. Exh. 25)

4. Resident fund material (3466 - 3470)

5. Sunbridge Healthcare Mission/Core Values Policy, August 2002 (4320)

6. Sunbridge Healthcare Standards in the Department of Nursing Policy, June 2002 (4414)

7. Sunbridge Healthcare Health and Medical Condition, Informing Residents of, Policy, June 2002 (4475)

8. Sunbridge Healthcare Psychoactive Medications Policy, June 2002 (4490)

9. Sunbridge Healthcare Refusal of Treatment Policy, June 2002 (4491)

10. Deposition of Sandra M. Porazzo-Perry, March 28, 2007

11. Letter of Helen Runge to Walter J. Kelly, August 1, 2000 (Kelly Dep. Exh. 5)

12. Letter of Helen Runge to Walter J. Kelly, October 10, 2000 (Kelly Dep. Exh. 7)

124226

13. Letter of Helen Runge to "To Whom It May Concern," November 8, 2001 (Kelly Dep. Exh. 8)

14. Letter of Walter J. Kelly to Helen Runge, November 27, 2001 (Kelly Dep. Exh. 9)

15. Massachusetts Health Care Proxy of Helen Runge, May 10, 2002 (Kelly Dep. Exh. 3)

16. Note of Helen Runge, January 17, 2003 (Kelly Dep. Exh. 12)

17. Sunbridge Healthcare Medical Record Release, January 22, 2003 (Kelly Dep. Exh. 13)

18. Fax of Walter J. Kelly to Bay View Village, January 24, 2003 (Kelly Dep. Exh. 14)

19. Sunbridge Healthcare Antipsychotic Medication - Informed Consent, January 30, 2003 (Kelly Dep. Exh. 26)

20. Note of Walter Kelly, February 11, 2003 (Kelly Dep. Exh. 27)

21. Fax of Walter Kelly to Sunbridge Healthcare, February 27, 2003 (Kelly Dep. Exh. 29)

22. Fax of Sunbridge Healthcare to Walter Kelly, March 24, 2003 (Kelly Dep. Exh. 30)

23. Letter of Helen Runge to Walter Kelly, March 12, 2003 (Kelly Dep. Exh. 10)

24. Letter of Helen Runge to Dorothy Stanley, March 2003 (Kelly Dep. Exh. 11)

25. Letter of Thomas F. Schiavoni to Kerry Bloomingdale, M.D., April 25, 2003 (Kelly Dep. Exh. 15)

26. Medical Certificate - Guardianship, April 29, 2003 (Kelly Dep. Exh. 16)

27. Authorization for Use and Release of Information to Sunbridge Healthcare, April 29, 2002 (WK0491 - 0493)

28. Sunbridge fax to Walter Kelly, April 29, 2003 (WK0501 - 0520)

29. Randolph Police Report

30. Memoranda of Walter J. Kelly, April 30, 2003; May 2, 2003 (Kelly Dep. Exh. 32)

31. Motion for Appointment of Temporary Guardian, May 1, 2003 (Kelly Dep. Exh. 17)

32. Letter of Thomas Schiavoni to Patrolman Brent Jackson, May 5, 2003 (WK0044 - 0053)

33. Letter of Robert M. Palmer, M.D., to Dorothy Stanley, May 12, 2003 (Kelly Dep. Exh. 19)

34. Note of B. Rhett Myers, M.D., May 30, 2003 (Kelly Dep. Exh. 20)

35. Letter of Robert M. Palmer, M.D., to Dorothy Stanley, July 25, 2003 (Kelly Dep. Exh. 22)

36. Letter of Phillip R. Feagan to Michael J. McCann and Thomas Schiavoni, June 2, 2003 (Kelly Dep. Exh. 23)

37. Letter of Thomas Schiavoni to Lawrence Hale, July 21, 2003 (Kelly Dep. Exh. 21)

38. Members Plus Credit Union Check, May 20, 2003

39. Sunbridge Healthcare invoice, May 2, 2003, and check (Kelly Dep. Exh. 34)

40. Members Plus Credit Union check, August 7, 2003

41. Walter J. Kelly check, June 4, 2003 (Kelly Dep. Exh. 37)

42. Invoices of Walter J. Kelly dated June 3, 2003; August 8, 2003 (Kelly Dep. Exh. 36)

43. Schiavoni invoices and check copies (Schiavoni Dep. Exh. 4 and 5)

44. Deposition of Farrah Seidler, May 8, 2007

45. Deposition of Linda Johnson, October 16, 2006

46. Affidavit of Helen A. Runge, July 27, 2003

47. Transcription of Videotaped Statement and Videotaped Statement of Helen A. Runge, January 16, 2004

48. Helen Runge's Answer to Kelly's Interrogatories, October 12, 2006, and Answer to Bloomingdale's Interrogatories, October 12, 2006

49. Affidavit of Walter J. Kelly in Support of Motion for Award of Costs in guardianship proceeding

50. July 13, 2006, Chapter 93A demand letter

51. August 10, 2006, response to Chapter 93A demand letter

52. Helen Runge's medical records from Sunbridge

53. Photographs of Helen Runge

54. Massachusetts Resident Admission Agreement

55. Patient's Bill of Rights

56. Sunbridge trust fund disbursements of Helen Runge, August 2002