UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Dorothy Stanley, Executrix of the Estate of Helen A. Runge
Plaintiff(s)

v.                                    CIVIL ACTION NO. 05-10849-RGS

Walter Kelly
Defendant(s)

**JUDGMENT IN A CIVIL CASE**

STEARNS,                       , D.J.

[X] **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment is entered in favor of the defendant, WALTER KELLY.

APPROVED:

/s/ Richard G. Stearns

RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE

SARAH A. THORNTON,
CLERK OF COURT

Dated: 7/3/08                By /s/ Mary H. Johnson
                             Deputy Clerk

NOTE: The post judgment interest rate effective this date is ____%.