IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DOROTHY STANLEY, AS EXECUTRIX OF : <br> THE ESTATE OF HELEN A. RUNGE, : <br>     Plaintiff : <br> : <br>     v. : <br> : <br> WALTER J. KELLY, et al., : <br>     Defendants : | No. 05-10849-RGS <br> (Judge Stearns) <br><br> CIVIL ACTION <br> JURY TRIAL DEMANDED |

### AFFIDAVIT OF BLAKE J. GODBOUT, ESQ.

I, Blake J. Godbout, Esq., do hereby depose and state under oath as follows:

1. I am an attorney in good standing licensed to practice law in the Commonwealth of Massachusetts.

2. I represent the Plaintiff in the above-entitled matter and represented the decedent, Helen A. Runge, in the Guardianship Proceedings before the Norfolk Probate Court, Docket No. 03 P1104 GI (the "Guardianship").

3. I have personal knowledge of the facts set forth in this Affidavit.

4. Helen A. Runge incurred a total of Fourteen Thousand Eight Hundred Thirty Eight and 33/100 ($14,838.33) Dollars in legal fees associated with the Guardianship.

5. Helen Runge paid the total legal fees set forth in Paragraph 4 in full.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 26th DAY OF JUNE, 2008.

　　　　　　　　　　　　　　　　　　　　　　/s/ Blake J. Godbout
　　　　　　　　　　　　　　　　　　　　　　BLAKE J. GODBOUT, ESQ.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served upon the attorney of record for each party by Hand Deliver on June 27, 2008.

    Michele Carlucci
    George S. Rockas
    Wilson Elser Moskowitz Edelman & Dicker LLP
    155 Federal Street
    Boston, MA 02110
    michele.carlucci@wilsonelser.com
    george.rockas@wilsonelser.com

Dated: June 26, 2008                  By /s/ Blake J. Godbout, Esq.
                                                 Blake J. Godbout